**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

☑ **INITIAL APPEARANCE**　　　　　　　　　　DATE: 5/26/05
☐ BOND HEARING
☐ DETENTION HEARING　　　　　　　　　　DIGITAL Recording: 4:32 - 4:58
☐ PRELIMINARY (EXAMINATION)(HEARING)
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

PRESIDING MAG. JUDGE: DeLores Boyd　DEPUTY CLERK: W. Robinson

CASE NO.　2:05cr137-B　　　　DEFENDANT NAME: GEORGE DAVID SALUM, III
AUSA:　Dixie A. Morrow　　　　DEFT. ATTY:　Mickey J.G. McDermott

　　　　　　　　　　　　　　　Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD
PTSO: _Ron Threatt_　　　　　　　USPO: _____

Defendant ( ) does; (√) does NOT need an interpreter
Interpreter present (√) NO; ( ) YES　Name:

| | |
|---|---|
| ☑ | Date of Arrest or ☐ Arrest Rule 40  5/26/05 |
| ☑ | Deft First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator |
| ☐ | Deft First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel |
| ☐ | Financial Affidavit executed ☐ *ORAL MOTION FOR APPT OF COUNSEL* |
| ☐ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ☐ | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ |
| ☐ | ☐ Government's ORAL Motion for Detention Hrg. ☐ to be followed by written motion; ☐ Government's WRITTEN Motion for Detention Hrg. filed |
| ☐ | Detention Hearing ☐ held; ☐ set for |
| ☐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ☐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ☐ | Release order entered. Deft advised of conditions of release |
| ☑ | ☑ BOND EXECUTED (M/D AL charges) $ 25,000  Deft released |
| | ☐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ☐ | Bond not executed. Defendant to remain in Marshal's custody |
| ☐ | Deft. ORDERED REMOVED to originating district |
| ☐ | Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing |
| ☐ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ☐ | ARRAIGNMENT ☐HELD. Plea of NOT GUILTY entered. ☐Set for  DISCOVERY DISCLOSURE DATE: |
| ☐ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| ☐ | WAIVER of Speedy Trial. CRIMINAL TERM: |