IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 2:04-CR-137-F |
| | ) | |
| GEORGE DAVID SALUM III | ) | |

# ORDER

For good cause arising from the unavailability of government counsel for the scheduled arraignment, as reported at the defendant's initial appearance, it is

**ORDERED** that this case is hereby scheduled specially for **arraignment at 10:30 a.m. on Friday, June 3, 2005.**

DONE this 27th day of May, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
United States Magistrate Judge