IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIM. NO. **2:05CR137-F** |
| | ) | |
| **GEORGE DAVID SALUM III** | ) | |

## ENTRY OF APPEARANCE AS COUNSEL

COMES NOW the United States of America, by and through its attorneys, Gregory R. Miller, United States Attorney for the Northern District of Florida, and Dixie A. Morrow, Assistant United States Attorney, as Special Attorney to the United States Attorney General, and enter this notice of appearance as counsel for the United States in the subject criminal prosecution. 28 U.S.C. § 515; M.D. Ala. LCrR 57.1.

RESPECTFULLY SUBMITTED this **26th** day of May, 2005.

GREGORY R. MILLER
United States Attorney

*Dixie A. Morrow*
DIXIE A. MORROW
Assistant United States Attorney
Florida Bar No. 0354589
Georgia Bar No. 525543
Texas Bar No. 24034796
Northern District of Florida
21 E. Garden Street, Suite 400
Pensacola, Florida 32502
(850) 444-4000

## Certificate of Service

I hereby certify that a copy of the foregoing Entry of Appearance as Counsel was served on the defendant by hand delivery at initial appearance in United States District Court.

This **26th** day of May, 2005.

*Dixie A. Morrow*
DIXIE A. MORROW
Assistant United States Attorney