IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) CRIM NO. **2:05CR137-F** |
| | ) |
| **GEORGE DAVID SALUM III** | ) |

**ENTRY OF APPEARANCE AS COUNSEL**

**COMES NOW** the undersigned and files this, Notice of Appearance on behalf of the Defendant, George David Salum III.

Respectfully submitted this the 31st day of May, 2005.

_____
Julian L. McPhillips (ASB3744035J)

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Entry of Appearance as Counsel was served by US Mail on this the 31st day of May, 2005, upon:

Gregory R. Miller
United States Attorney
21 E. Garden St., Ste. 400
Pensacola, FL 32502

Dixie A. Morrow
Assistant United States Attorney
21 E. Garden St., Ste. 400
Pensacola, FL 32502

_____
Of Counsel