**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

☐ INITIAL APPEARANCE
☐ BOND HEARING
☐ DETENTION HEARING
☐ PRELIMINARY (EXAMINATION) (HEARING)
☐ REMOVAL HEARING (R.40)
☑ ARRAIGNMENT

DATE: 6-3-2005

Digital Recording 10:30 to 10:47 am

PRESIDING MAG. JUDGE: DRB         DEPUTY CLERK: sql
CASE NO.: 2:05CR137-F             DEFT. NAME: George David SALUM, III
AUSA: Dixie Morrow                DEFT. ATTY: Julian McPhillips - ~~Mickey McDermott~~
                                  Type Counsel: (Retained); ( ) Panel CJA; ( ) Waived; ( ) CDO

PTSO: _____
USPO: _____
Defendant _____ does __✓__ does NOT need an interpreter
Interpreter present __✓__ NO _____ YES   Name: _____

☐ Date of Arrest _____ or ☐ Arrest Rule 40
☐ Deft. First Appearance. Advised of rights/charges. ☐Prob/Sup Rel Violator
☐ Deft. First Appearance with Counsel
☐ Deft. First Appearance without Counsel
☐ Requests appointed Counsel
☐ Financial Affidavit executed ☐ to be obtained by PTSO
☐ ORDER appointing Community Defender Organization
☐ Panel Attorney Appointed; ☐to be appointed - prepare voucher
☐ Deft. Advises he will retain counsel. Has retained _____
☐ ☐Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
   ☐ Government's WRITTEN motion for Detention Hearing filed
☐ Detention Hearing ☐held; ☐ set for _____ at _____
☐ ORDER OF TEMPORARY DETENTION PENDING HEARING entered
☐ ORDER OF DETENTION PENDING TRIAL entered
☐ Release order entered. Deft advised of conditions of release
☐ BOND EXECUTED (M/D AL charges) $_____. Deft released
☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
☐ Bond not executed. Deft to remain in Marshal's custody
☐ Deft. ORDERED REMOVED to originating district
☐ Waiver of ☐preliminary hearing; ☐ Waiver of Rule 40 Hearing
☐ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
☑ ARRAIGNMENT ☑HELD. Plea of NOT GUILTY entered. ☐Set for _____
   DISCOVERY DISCLOSURE DATE: 6-2-05
☐ NOTICE to retained Criminal Defense Attorney handed to counsel
☐ Identity/Removal Hearing set for _____
☐ Waiver of Speedy Trial Act Rights executed