**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                         TELEPHONE (334) 954-3600

June 3, 2005

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   United States of America vs. George David Salum, III.

Case Number:   2:05CR137-F

This Notice of Correction was filed in the referenced case this date to correct the PDF document previously filed as Document #10 on 6/2/05 in which contained no signature.  The correct PDF document is attached to this notice for your review.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) CRIM NO. **2:05CR137-F** |
| | ) |
| **GEORGE DAVID SALUM III** | ) |

RECEIVED
2005 JUN -2 P 4: 42
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

### ENTRY OF APPEARANCE AS COUNSEL

**COMES NOW** the undersigned and files this, Notice of Appearance on behalf of the Defendant, George David Salum III.

Respectfully submitted this the 31st day of May, 2005.

_____
Julian L. McPhillips (ASB3744035J)

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Entry of Appearance as Counsel was served by US Mail on this the 31st day of May, 2005, upon:

Gregory R. Miller
United States Attorney
21 E. Garden St., Ste. 400
Pensacola, FL 32502

Dixie A. Morrow
Assistant United States Attorney
21 E. Garden St., Ste. 400
Pensacola, FL 32502

_____
Of Counsel

SCANNED