RECEIVED

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

2005 JUN -2 ⌂ 2: 10

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**UNITED STATES OF AMERICA** )
)
)
**v.** ) **CRIM NO. 2:05CR137-F**
)
**GEORGE DAVID SALUM III** )
)
**DEFENDANT** )

### MOTION FOR DISCOVERY AND INSPECTION

COMES NOW the Defendant, George David Salum III, by and through his attorneys of record, Julian L. McPhillips, Jr., pursuant to Federal Rules of Criminal Procedure (F.R.Cr.P.) Rule 16.1 and hereby moves this Honorable Court to order the U.S. Attorney's office to provide the following discoverable material:

1. Permit the Defendant to inspect and copy any written or recorded statements made by the Defendant to any law enforcement officer, official or employee, which are in the possession, custody, or control of the U.S. Government, the existence of which is known to the prosecutor;

2. To disclose the substance of any oral statements made by the Defendant before or after his arrest to any law enforcement officer, official, or employee, which the U.S. Government intends to offer as evidence in the trial;

3. To disclose the substance of any oral statements made by any co-Defendant, before or after arrest, to any law enforcement officer, official or employee, which the U.S.

Government intends to offer in evidence at the trial;

4.   Permit the Defendant to analyze, inspect, and copy or photograph books, papers, documents, photographs, tangible objects, controlled substances, buildings or places, or portions of any of these things, which are within the possession, custody, or control of the U.S. Government, and which are material to the preparation of Defendant's defense, or which are intended by the U.S. Government as evidence at the trial, or which are obtained from and/or belong to the Defendant;

5.   Permit the Defendant to inspect and copy any results or reports of physical or mental examinations or scientific tests or experiments, which are within the possession, custody, or control of the U.S. Government, and the existence of which is known to the prosecutor;

6.   Permit the Defendant to inspect and/or copy any potentially exculpatory evidence or such evidence that is favorable to the Defendant on the issue of guilt of Defendant in the present charges in the indictment.

7.   Permit the Defendant to inspect and/or copy the prior criminal record of any defendant and a statement of the use, if any, the prosecution intends to make of it at trial.

8.   Permit the Defendant to inspect and/or copy a list of the names, addresses and qualifications of all experts the prosecution intends to call as witnesses at trial, together with all reports made by such experts, or if no report has been made,

the substance of the opinion to which each expert is expected to testify and the factual basis for each opinion.

9.    Permit the Defendant to inspect and/or copy of the recorded testimony of the defendant, co-defendants,or any co-conspirators before any Grand Jury which relates to the offense charged.

10.  Permit the Defendant to inspect and/or copy the names and current addresses of all persons the prosecution intends to call as witnesses at trial.

11.   Permit the Defendant to inspect and/or copy all written and recorded statements made by each of the witnesses the prosecution intends to call at trial.

12.  Permit the Defendant to inspect and/or copy all the deals, understandings, arrangements, assurances, and promises between the prosecution or any other law enforcement agency and any prosecution witnesses, including understandings as to guilty plea to less than an entire indictment, recommendation as to length, nature, or concurrency of sentence, or as to place of incarceration and all agreements not to indict or prosecute.

13.  Any information indicating that any potential prosecution witness may, either as a matter of law, or as a matter of fact, be considered an accomplice to the crimes charged.

14.   All press releases and complete transcript of press conferences concerning this case which were made by the

prosecution.

     Respectfully submitted this ___ day of June, 2005.

Julian L. McPhillips, Jr.

OF COUNSEL:
**MCPHILLIPS SHINBAUM, L.L.P.**
P. O. Box 64
Montgomery, AL 36101
(334) 262-1911

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Entry of Appearance as Counsel was served by via hand-delivery on this the ___ day of June, 2005, upon:

Gregory R. Miller
United States Attorney
21 E. Garden St., Ste. 400
Pensacola, FL 32502

Dixie A. Morrow
Assistant United States Attorney
21 E. Garden St., Ste. 400
Pensacola, FL 32502

Of Counsel