IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 2:05-CR-137-F |
| | ) | |
| GEORGE DAVID SALUM III | ) | |

## ORDER ON MOTIONS

Upon due consideration of supporting and opposing submissions on four pre-trial motions filed by the Defendant on June 2, 2005, and for good cause, it is **ORDERED:**

1. that the *Motion for Disclosure of Federal Grand Jury Transcript by State Defendant* (Doc.14) is DENIED as *either (a)* mooted by pre-arraignment disclosures provided by the United States on June 2, 2005, including its representations that no "non-transcript" [grand jury testimony of witnesses who will testify at trial] is responsive to the motion, *or (b)* premature for any disclosures mandated by the Jencks Act and Fed.R.Crim.P. 26.2 as the *Motion* fails to specify a particularized need for any immediate discovery of the entire grand jury transcript.

2. that the *Motion to Compel Retention of Governmental Agents' Notes* (Doc.15) is DENIED as mooted by the United States' representation of compliance with the pertinent provisions of this court's *Standing Order on Criminal Discovery*.

3. that the *Motion for Pretrial Conference* (Doc. 16) is DENIED as mooted by

the June 3, 2005 Order (Doc. 18) setting an initial pretrial conference on July 14, 2005, after consideration of defense counsel's representations of case or commitment conflicts on sooner dates convenient for the court.

    4.  that the *Motion for Discovery and Inspection* (Doc. 17) is DENIED as non-conforming with this court's *Standing Order on Criminal Discovery* to the extent that it is not mooted by the pre-arraignment disclosures made by the United States on June 2, 2005.

    DONE this 6th day of June, 2005.

    **/s/ Delores R. Boyd**
    DELORES R. BOYD
    UNITED STATES MAGISTRATE JUDGE