IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 2:04-CR-137-F |
| | ) | |
| GEORGE DAVID SALUM III | ) | |

# **ORDER**

Defendant's *Supplemental Motion for Disclosure of Federal Grand Jury Transcript* by State Defendant (Doc. 22, filed June 7, 2005) differs from his original motion (a) by emphasizing his request only for grand jury material which is relevant to the charges against him and exculpatory in nature (¶ 13) and (b) by highlighting his request for any statements made by him relating to the alleged obstruction.  While it appears that the United States addressed both matters in responding to the original motion, it is

**ORDERED** that the United States may respond to the supplemental motion, showing any cause why it should not be granted, not later than June 17, 2005.

Done this 13th day of June, 2005.

        **/s/ Delores R. Boyd**
        DELORES R. BOYD
        UNITED STATES MAGISTRATE JUDGE