IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA        )
        )
        )
v.        )        2:05-CR-137-F
        )
GEORGE DAVID SALUM III        )

## **ORDER**

After due consideration of supporting and opposing submissions, it is

**ORDERED**, for good cause, that Defendant's *Supplemental Motion for Disclosure*

*of Federal Grand Jury Transcript* by State Defendant (Doc. 22, filed June 7, 2005) is

**DENIED.**


Done this 29TH day of June, 2005.


           **/s/ Delores R. Boyd**
_____    DELORES R. BOYD
           UNITED STATES MAGISTRATE JUDGE