IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

RECEIVED
2005 JUL 13  A 9:15

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| vs. | ) CRIM NO. 2:05CR137-F |
| | ) |
| **GEORGE DAVID SALUM, III** | ) |

## MOTION TO QUASH SUBPOENA

COMES NOW the City of Prattville, a municipal corporation, by and through their attorney of fact, and moves this Honorable Court to quash the subpoena issued to it in the above-referenced matter, and for grounds shows as follows:

1. That a subpoena was issued on the 8th day of June, 2005, by Julian L. McPhillips, Jr. on behalf of Defendant George David Salum, III, unto the City of Prattville, a municipal corporation, requesting the personnel file of Raymond David DeJohn.

2. The City of Prattville would object to the issuance of said subpoena based upon the following grounds:

   a) That an investigation is ongoing concerning the Defendant Salum in the above-referenced case;

   b) That an investigation is ongoing concerning collateral issues and individuals extending from the investigation of Defendant Salum;

   c) That requiring Defendant to turn over Raymond David DeJohn's personnel file would violate his right to privacy;

   d) That Salum's request does not lead to any admissible evidence;

e) Defendant would aver that Salum's counsel is merely on a fishing expedition and that the contents of Raymond David DeJohn's personnel file would not contain any probative value to the case before this Court.

WHEREFORE, the premises considered, the Defendant City of Prattville requests this Honorable Court to Quash said subpoena request. Defendant would pray for such other, further and different relief to which it may be entitled in the premises.

_____
DAVID A. MCDOWELL
Attorney for City of Prattville, a municipal corporation

McDowell, Faulk & McDowell, LLC
145 West Main Street
Prattville, Al. 36067
(334)365-5924

## CERTIFICATE OF SERVICE

I hereby certify that I have this the 12th day of July, 2005, served a copy of the foregoing upon counsel of record, as set out below, by placing same in the U. S. Mail, postage prepaid and properly addressed to each.

_____
Of Counsel

Julian L. McPhillips, Jr.
P. O. Box 64
Montgomery, AL. 36101

Louis Franklin
U. S. Attorney's Office
21 E. Garden St., Suite 400
Pensacola, FL. 32502