IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 2:05-CR-137-F |
| | ) | |
| GEORGE DAVID SALUM III | ) | |

## ORDER ON MOTION

Upon consideration of the *Government's Unopposed Motion For Continuance Of Initial Pretrial Conference* (Doc. 31, July 13, 2005), and for good cause shown, it is hereby

**ORDERED** that the *Motion* (Doc. 31) is **GRANTED.** Accordingly, the pretrial conference scheduled for 11:00 a.m. on July 14, 2005, **is continued to 3 p.m. on Tuesday, July 26, 2005.** It is further

**ORDERED** that the United States file by July 21, 2005, responses to *Defendant's Motion to Dismiss* (Doc. 27, July 11, 2005) and *Motion to Compel Subpoena Responses* (Doc. 29, July 7, 2005), and the parties shall be prepared at the pretrial conference to discuss the same.

Done this 13th day of July, 2005.

/s/ Delores R. Boyd

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE