**COURTROOM DEPUTY MINUTES**           **DATE :**    **JULY 26, 2005**

**MIDDLE DISTRICT OF ALABAMA**         **DIGITAL RECORDED: 3:07 p.m. - 3:46 p.m.**

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE: DELORES R. BOYD**     **DEPUTY CLERK: WANDA STINSON**

**CASE NUMBER:  2:05CR137-F-DRB**              **DEFENDANT NAME: GEORGE D. SALUM**

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  DIXIE A. MORROW | ATTY. JULIAN MCPHILLIPS, JR. |

**X DISCOVERY STATUS:** Not Completed.

**X  PENDING MOTION STATUS:** Defendant Motion to Compel Subpoena Responses - is DENIED; The Motion to Quash Subpoena as to the City of Prattive - is GRANTED; Court will enter separate order; Court reserves ruling on the Motion to Dismiss.

**X PLEA STATUS:**   Case will go to trial.

**X  TRIAL STATUS:**    3-5 days for trial.

**X REMARKS:** Parties advised to talk and provide outstanding discovery.