IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 2:05-CR-137-F |
| | ) | |
| GEORGE DAVID SALUM, III | ) | |

**PRETRIAL CONFERENCE ORDER**

Appearing at the initial pretrial conference on July 26, 2005, before the undersigned Magistrate Judge, were Julian McPhillips, defense counsel, and Assistant United States Attorney Dixie A. Morrow, government counsel. After due consideration of representations of counsel and other relevant matters, it is **ORDERED** as follows:

1. **Jury selection** is set for **November 7, 2005.** The trial of this case is set for the **trial term commencing on November 7, 2005**, before Chief United States District Judge Mark E. Fuller and is expected to last four trial days.

2. Defendant's *Motion to Dismiss of Defendant (*Doc. 27, filed July 11, 2005) is currently pending. No evidentiary hearing is required.

3. Proposed **voir dire questions** shall be filed on or before **October 31, 2005.** Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All **motions in limine** shall be filed on or before **October 31, 2005.** Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

5. **Proposed jury instructions** shall be filed on or before **October 31, 2005**.

6. The last day on which the court will entertain a **plea pursuant to Rule 11(c)(1)(A) or (C)** plea is **October 31, 2005**. The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on November 7, 2005. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on November 7, 2005, as to all defendants, even though a particular guilty plea was not accepted by the court.

Done this 27th day of July, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE