IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 2:05-CR-137-F |
| | ) | |
| GEORGE DAVID SALUM III | ) | |

## ORDER ON MOTIONS

At the scheduled pretrial conference the court received additional arguments on Defendant's *Motion to Compel Subpoena Responses* (Doc. 29) and the *Government's Response* (Doc. 33). Following due consideration of all submissions, and for the good cause correctly summarized in the Government's Response, it is

**ORDERED** that the *Motion to Compel Subpoena Responses* (Doc.29, July 7, 2005) is *DENIED,* and it is further

**ORDERED** that the *Motion to Quash Subpoena* filed by the City of Prattville (Doc. 30, July 13, 2005) is *GRANTED*.

DONE this 27th day of July, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE