IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.  2:05-cr-137-F |
| | ) | |
| GEORGE DAVID SALUM, III | ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE

of the court that:

(1)  The defendant's Objections (Doc. #39) to the Recommendation of the Magistrate

Judge filed on August 15, 2005 are overruled;

(2)  The Recommendation of the Magistrate Judge (Doc. #38) entered on August 2,

2005  is adopted;

(3)  The defendant's Motion to Dismiss (Doc. #27) is DENIED.

DONE this 30th day of August, 2005.


_____ /s/ Mark E. Fuller _____
CHIEF UNITED STATES DISTRICT JUDGE