IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-137-F |
| | ) | |
| GEORGE DAVID SALUM III | ) | |

**ORDER**

It is **ORDERED** that the United States respond by September 30, 2005, to Defendant's *Motion Pursuant to F.R.E. 404(B) for Notice by the Government of its Intention to Rely Upon Other Crimes, Wrongs, Acts and Misconduct Evidence,* filed September 22, 2005) *with a supporting Brief* (Doc. 41), showing any cause why it should not be granted.

DONE this 26th day of September, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE