IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIM NO. **2:05cr137-F** |
| | ) | |
| **GEORGE DAVID SALUM III** | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION PURSUANT TO F.R.E. 404(b) FOR NOTICE BY THE GOVERNMENT OF ITS INTENTION TO RELY UPON OTHER CRIMES, WRONGS, ACT AND MISCONDUCT EVIDENCE**

COMES NOW the United States of America, by and through its attorneys, Gregory R. Miller, United States Attorney for the Northern District of Florida, and the undersigned Assistant United States Attorney, and files this response to Defendant's motion for Fed. R. Evid. 404(b) notice (Doc. 41, 42).

On June 2, 2005, well before the Defendant through counsel made the instant demand, (Doc. 41), the undersigned Assistant United States Attorney notified the defense, in writing, that the United States does not intend to tender Fed. R. Evid. 404(b) evidence in its case-in-chief (Doc. 33).

RESPECTFULLY SUBMITTED this **28th** day of September, 2005.

        GREGORY R. MILLER
        United States Attorney

        **/s/Dixie A. Morrow**
        DIXIE A. MORROW
        Assistant United States Attorney
        Florida Bar No. 0354589
        Georgia Bar No. 525543
        Texas Bar No. 24034796
        Northern District of Florida
        21 E. Garden Street, Suite 400
        Pensacola, Florida 32502
        (850) 444-4000

CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION PURSUANT TO F.R.E. 404(B) upon the defendant by electronic filing with and noticing by the Clerk of Court, and by mailing an additional courtesy copy of same to the defendant's counsel of record: Julian L. McPhillips, Jr., McPHILLIPS SHINBAUM LLP, Post Office Box 64, Montgomery, Alabama 36101.

THIS **28**th day of September, 2005.

/s/Dixie A. Morrow
DIXIE A. MORROW
Assistant United States Attorney
Florida Bar No. 0354589
Georgia Bar No. 525543
Texas Bar No. 24034796
Northern District of Florida
21 E. Garden Street, Suite 400
Pensacola, Florida 32502
(850) 444-4000