IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
                                  )
v.                                )          2:05-CR-137-F
                                  )
GEORGE DAVID SALUM III            )

## ORDER

Upon consideration of the *Government's Response* filed September 28, 2005 (Doc.

43) to  Defendant's *Motion Pursuant to F.R.E. 404(B) for Notice by the Government of its*

*Intention to Rely Upon Other Crimes, Wrongs, Acts and Misconduct Evidence and Brief in*

*Support* (Doc. 41, filed September 22, 2005), it is, for good cause shown in the Response,

**ORDERED that the Motion is DENIED AS MOOT.**

DONE this 4TH day of October, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE