IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 2:05-CR-137-F |
| | ) | WO |
| GEORGE DAVID SALUM III | ) | |

**ORDER ON MOTION**

On September 29, 2005, Defendant filed his *Motion to Reveal Any Plea Negotiations and/or Private or Public Agreements between the United States and any of its Witnesses (Motion to Reveal the Deal) and a supporting Brief* (Doc. 44). In his *Motion for Discovery and Inspection* filed June 2, 2005 (Doc. 17), the Defendant requested substantially the same disclosures, as follows:

> 12. Permit the Defendant to inspect and/or copy all the deals, understandings, arrangements, assurances, and promises between the prosecution or any other law enforcement agency and any prosecution witnesses, including understandings as to guilty pleas to less than an entire indictment, recommendation as to length, nature, or concurrency of sentence, or as to place of incarceration and all agreements not to indict or prosecute.

After considering the parties' submissions, this court denied the motion "as non-conforming with [the] *Standing Order on Criminal Discovery* to the extent that it is not mooted by the pre-arraignment disclosures made by the United States on June 2, 2005."

As the deadline has lapsed for pre-trial motions to be considered by the Magistrate Judge in this case, it is **ORDERED** that this *Motion* (Doc.44) is DENIED AS MOOTED by this court's previous consideration and ruling to the extent that it is directed to the Magistrate Judge.

As this case is set for trial on the term commencing November 7, 2005, however, this ORDER is not intended to deprive the Defendant of any statements or disclosures to which he may be entitled prior to cross-examination of any prosecution witness; accordingly, this ruling is without prejudice to Defendant's right to re-assert this Motion to the District Judge during trial or otherwise as may be appropriate.

DONE this 4TH day of October, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE