IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-137-F |
| | ) | |
| GEORGE DAVID SALUM, III | ) | |

## O R D E R

Upon consideration of the defendant's Motion for Extension of Time (Doc. #47) filed on October 4, 2005, it is hereby

ORDERED that the motion is GRANTED to and including October 14, 2005.

DONE this 5th day of October, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE