IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-137-F |
| | ) | |
| GEORGE DAVID SALUM, III | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion in Limine (Doc. #53) filed on October 24, 2005, it is hereby

ORDERED that the government show cause in writing on or before November 2, 2005 as to why the motion should not be granted.

DONE this 25th day of October, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE