RECEIVED
2005 OCT 25 P 2:02
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GEORGE DAVID SALUM, III | CASE NO. **2:05-CR-137-F** |

## MOTION PRO HAC VICE

COMES NOW the Defendant GEORGE DAVID SALUM, III, by and through his attorney, Julian L. McPhillips, Jr., and hereby moves this Honorable Court to grant admission in the United States District Court for the Middle District of Alabama to Attorney Allison H. Highley, of the law firm McPhillips Shinbaum, L.L.P., 516 South Perry Street, Montgomery, Alabama, 36104, in the above-styled action.

As grounds therefore, the undersigned shows the following:

1. Attorney Allison H. Highley is a licensed attorney in good standing with the Bar of the State of Washington, and has been so since November 13, 2003. See Certificate of Good Standing, attached hereto and incorporated herein by reference.

2. Ms. Highley was also admitted to the United States District Court for the Western District of Washington, on October 24, 2005. The Certificate of Good Standing has been granted, and is currently in transit to Alabama, from Washington. This Certificate will be submitted to this Court immediately upon receipt.

2. Attorney Allison H. Highley has associated with Attorney Julian L. McPhillips, Jr., a member in good standing with the Bar of the State Alabama and with the United States District Court for the Middle District of Alabama, to assist him in the above-captioned action, which is

set for trial on Monday, November 7, 2005.

WHEREFORE, premises considered, the undersigned prays that this Honorable Court will grant Attorney Allison H. Highley admission to the United States District Court for the Middle District of Alabama.

RESPECTFULLY SUBMITTED this 25th day of October, 2005,

                                              GEORGE DAVID SALUM, III
                                              Defendant

                                              BY: JULIAN L. McPHILLIPS, JR.
                                              Attorney for Defendant
                                              Alabama Bar No. MCP004
                                              P.O. Box 64
                                              Montgomery, AL 36101
                                              (334) 262-1911

OF COUNSEL:
McPHILLIPS, SHINBAUM, L.L.P.
516 S. Perry Street
Montgomery, AL 36104
(334) 262-1911

## CERTIFICATE OF SERVICE

I certify that, on this date, I have served a copy of the foregoing upon the Government by electronic filing, and by mailing an additional courtesy copy of same to the Government's attorneys at the addresses below:

    Dixie A. Morrow
    Assistant United States Attorney
    Northern District of Florida
    21 E. Garden Street, Suite 400
    Pensacola, FL 32502

                                              JULIAN L. McPHILLIPS, JR.
                                              Attorney for Defendant

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION

OF

ALLISON HALE HIGHLEY

TO PRACTICE IN THE COURTS OF THIS STATE.

BAR # 34145

**CERTIFICATE OF GOOD STANDING**

I, C.J. Merritt, Clerk of the Supreme Court of the State of Washington, hereby certify

**ALLISON HALE HIGHLEY**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington, on November 13, 2003, and is now and has been continuously since that date an attorney in good standing in said Court.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 11th day of October, 2005



C.J. MERRITT, SUPREME COURT CLERK

WASHINGTON STATE SUPREME COURT