IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 2:05-CR-137-F |
| | ) | |
| GEORGE DAVID SALUM III | ) | |

**ORDER ON MOTION**

For good cause arising from both the court's previous ruling involving this issue (*see* Doc.21, June 6, 2005*) and* the exhibits attached to the *Motion,* it is **ORDERED** that Defendant's *Motion for an Order to Show Cause as to Why the Pre-trial Production of Jenks Act Material should not be Produced by the Federal Government One Week Before Trial and supporting attachments* (Doc. 52, filed October 21, 2005) is **DENIED** to the extent that it is directed to the undersigned Magistrate Judge.

DONE this 26TH day of October, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE