IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. **2:05-CR-137-F** |
| ) | |
| **GEORGE DAVID SALUM, III** ) | |

### DEFENDANT'S SUPPLEMENTED MOTION PRO HAC VICE

COMES NOW the Defendant, George David Salum, III, by and through his attorney, Julian L. McPhillips, Jr., and supplements his Motion Pro Hac Vice, filed herein on October 25, 2005, and incorporated herein by reference.

The Defendant supplements this Motion with a Certificate of Good Standing from the United States District Court for the Western District of Washington, as required under this Court's Rules of Admission. See Certificate, attached hereto as **Exhibit A**.

WHEREFORE, the Defendant respectfully renews his request that Attorney Allison Hale Highley be admitted to this Court, to assist in his legal representation.

RESPECTFULLY SUBMITTED this 31st day of October 2005.

GEORGE DAVID SALUM, III
Defendant

/s/ Julian L. McPhillips, Jr.
JULIAN L. McPHILLIPS, JR.
Attorney for the Defendant
Alabama Bar No. MCP004
McPhillips Shinbaum, LLP
Post Office Box 64
Montgomery, Alabama 36104
(334) 262-1911

## CERTIFICATE OF SERVICE

I hereby certify that on this date, October 31, 2005, I served a copy of the foregoing upon the Government by electronic filing with the Clerk of this Court, and by mailing an additional courtesy copy to the following address:

Dixie A. Morrow
Assistant United States Attorney
Northern District of Florida
21 E. Garden Street, Suite 400
Pensacola, Florida 32502

/s/ Julian L. McPhillips, Jr.
JULIAN L. McPHILLIPS, JR.
Attorney for the Defendant

**EXHIBIT A**

# CERTIFICATE OF GOOD STANDING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

I, Bruce Rifkin, Clerk of the United States District Court for the Western District of Washington, Do Hereby Certify that Allison Hale Highley was admitted to practice in said Court on October 25, 2005 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on October 28, 2005.

Bruce Rifkin
Clerk

By_____
Deputy Clerk