IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-137-F |
| | ) | |
| GEORGE DAVID SALUM, III | ) | |

# **O R D E R**

Upon consideration of the Motion for Allison H. Highley to appear pro hac vice (Doc. #55) filed on October 25, 2005 and supplemented on October 31, 2005 (Doc. #59), it is hereby

ORDERED that the motions are GRANTED.

DONE this 1st day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE