IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-137-F |
| | ) | |
| GEORGE DAVID SALUM, III | ) | |

## **O R D E R**

Upon consideration of defendant's Motion to Conduct Voir Dire (Doc. #64) filed on October 31, 2005, it is hereby

ORDERED that the motion is GRANTED in part and DENIED in part. The defendant and the government will be allowed to voir dire the jury for 15 minutes following the court voir dire.

DONE this 1st day of November, 2005.

                                                             /s/  Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE