IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-137-F |
| | ) | |
| GEORGE DAVID SALUM, III | ) | |

## **O R D E R**

The undersigned has carefully considered the Motion for an Order to Show Cause as to Why the Pretrial Production of Jenks Act Material Should Not Be Produced by the Federal Government One Week Before Trial (Doc. # 52) as well as the Government's response to that motion and the ruling of the Magistrate Judge on that motion and other earlier motions seeking early disclosure of Jenks Act material. To the extent that Defendant is seeking any Jenks Act material earlier than one day before the testimony of the witness to whom the material relates, his motion is DENIED. The Government shall provide the Jenks Act material for each witness one day before the witness testifies.

DONE this the 2nd day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE