IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-137-F |
| | ) | |
| GEORGE DAVID SALUM, III | ) | |

## O R D E R

This cause is before the Court on the Government's Emergency Motion for Protective "Gag" Order (Doc. # 69). For good cause shown, it is hereby ORDERED that the motion is GRANTED and the parties and their counsel are prohibited from commenting to the news media about this case from the date of this Order until further notice from this Court. It is further ORDERED that this case is set for a telephone status conference on November 3, 2005 at 2:00 P.M. and that counsel for the Government is to arrange the telephone call.

Counsel for Defendant is ORDERED to file a written response to the Government's Emergency Motion for Protective "Gag" Order by no later than noon on November 3, 2005.

DONE this the 2nd day of November, 2005.

_____
/s/  Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE