IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-137-F |
| | ) | |
| GEORGE DAVID SALUM, III | ) | |

## O R D E R

This cause is before the Court on the Defendant's Motion in Limine (Doc. # 53). The motion argues that certain factual issues should not be allowed to be discussed at trial because they are either irrelevant or more prejudicial than probative. For example, Defendant seeks to limit the Government from referring to the specific allegations of wrongdoing against Leon Carmichael, the nature of any charges against Leon Carmichael, and the reputation in the community of Leon Carmichael. The Government has indicated that it has no intention of adducing evidence regarding Leon Carmichael's reputation in the community; however, the Government contends that the nature of the charges against Leon Carmichael in Case No. 2:03-cr-259-T are relevant to the instant prosecution. The Court agrees. The Court further finds that any potential unfair prejudice to the Defendant can be remedied by proper limiting instructions and by a careful analysis of the jurors during the voir dire process. Moreover, based on the representations of the Government, the Court is satisfied that the other issues raised in Defendant's Motion in Limine do not require this Court to grant the motion. Accordingly, the Defendant's Motion in Limine (Doc. # 53) is DENIED.

DONE this the 3rd day of November, 2005.

                                                /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE