**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHEN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| **v.** | ) CRIM NO. 2:05CR137-F |
| | ) |
| **GEORGE DAVID SALUM** | ) |

**MOTION FOR ADDITIONAL TIME FOR OPENING ARGUMENTS**

COMES NOW the undersigned and moves this Honorable Court to allow him to have thirty (30) minutes, and not fifteen (15) minutes in opening arguments. As grounds therefore shows as follows:

1. There are important issues in this case that need to be articulated well for the jury to understand;

2. There is a good possibility that the senior counsel, Julian McPhillips, may split his opening with the junior counsel, Allison Highley;

3. This court's law clerk has indicated that only fifteen (15) minutes will be allowed for the opening;

4. The undersigned believes that such an amount of time is too small to properly set out what the defendants expect the evidence to show, based on the facts of this case.

5. The interests of due process and justice so require.

RESPECTFULLY submitted this the 4th day of November, 2005.

/s/ Julian L. McPhillips, Jr.
Electronically signed
By: Julian L. McPhillips, Jr., (MCP004)
Attorney for the Defendant
516 S. Perry Street
Montgomery, AL 36104

OF COUNSEL:
MCPHILLIPS SHINBAUM, LLP
P.O. BOX 64
MONTGOMERY, AL 36101
(334) 262-1911

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing by placing a copy of same in the United States Postal Service, postage prepaid and properly addressed, and by electronically filing with the clerk of the Court, to the following address on this the 4th day of November, 2005, upon:

Hon. Dixie Morrow
Assistant United States Attorney
Northern District of Florida
21 E. Garden Street, Ste. 400
Pensacola, FL 32502

/s/ Julian L. McPhillips, Jr.
Electronically signed
BY: JULIAN L MCPHILLIPS JR