IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIM NO. 2:05CR137-F |
| | ) |
| GEORGE DAVID SALUM | ) |

### MOTION FOR ADDITIONAL TIME FOR OPENING ARGUMENTS

COMES NOW the undersigned and moves this Honorable Court to allow him to have thirty (30) minutes, and not fifteen (15) minutes in opening arguments. As grounds therefore shows as follows:

1. There are important issues in this case that need to be articulated well for the jury to understand;

2. There is a good possibility that the senior counsel, Julian McPhillips, may split his opening with the junior counsel, Allison Highley;

3. This court's law clerk has indicated that only fifteen (15) minutes will be allowed for the opening;

4. The undersigned believes that such an amount of time is too small to properly set out what the defendants expect the evidence to show, based on the facts of this case.

5. The interests of due process and justice so require.

**MOTION DENIED**
THIS 4th DAY OF November, 2005

MARK E. FULLER
UNITED STATES DISTRICT JUDGE