IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-137-F |
| | ) | |
| GEORGE DAVID SALUM, III | ) | |

## **O R D E R**

Upon consideration of the Motion to Quash Subpoena, Motion to Seal and To Conduct Any Hearing on Motion to Quash In Camera (Doc. #77) filed on November 4, 2005, it is hereby

ORDERED that a hearing will be held on the motion on Monday, November 7, 2005, at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 4th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE