AO 89 (Rev. 7/95) Subpoena In a Criminal Case

# United States District Court
## MIDDLE DISTRICT OF ALABAMA

United States of America

v.

George David Salum, III

SUBPOENA IN A
CRIMINAL CASE

CASE NUMBER: 2:05-CR-137-F

TO:
Hon. Roianne H. Conner
250 Winton Blount Loop
Montgomery, AL 36117

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| U.S. District Court Complex<br>One Church Street<br>Montgomery, AL 36104 | **Courtroom 2A** |
| | DATE AND TIME<br>11/7/05 at 9:00 a.m. |

[ ] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

PLEASE BE ON STAND BY. PLEASE CONTACT JULIAN MCPHILLIPS OR ALLISON HIGHLY TO FIND OUT WHAT DAY AND TIME TO REPORT TO COURT.


EXHIBIT A

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (BY) DEPUTY CLERK | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Julian L. McPhillips, Jr., 516 S. Perry Street, Montgomery, AL 36104
(334) 262-1911

AO 89  (Rev. 7/95)   Subpoena in a Criminal Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | | |
| SERVED | DATE | PLACE |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| | ☐ YES  ☐ NO   AMOUNT $_____ |

| SERVED BY (PRINT NAME} | TITLE |
|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
               Date

_____
Signature of sever

_____
Address of sever

ADDITIONAL INFORMATION

LAW OFFICE OF

# ROIANNE HOULTON CONNER

250 WINTON BLOUNT LOOP

MONTGOMERY, ALABAMA 36117

TELEPHONE (334) 215-1988

FACSIMILE (334) 215-7778

PLEASE REPLY TO:

POST OFFICE BOX 240458

MONTGOMERY, ALABAMA 36124

mrsrhconner@yahoo.com

November 4, 2005

Honorable Julian L. McPhillips
McPhillips & Shinbaum
P.O. Box 64
Montgomery, Alabama 36101

RE: Subpoena for Salum Trial

Dear Julian:

As you are aware, you subpoenaed me for the trial of the above referenced cause. As of this date, no one from your office has contacted me regarding what you expect my testimony to be.

I have learned that the jury selection would begin on Monday with the trial to commence on Tuesday. I am to leave Wednesday morning for North Carolina. This trip has been planned for many months with air fare and reservations already prepaid.

Please let me know when I am expected to testify. If, this subpoena is for the sole purpose of keeping me out of the courtroom, which is what I suspect, please be assured that I will be out of town.

If I do not hear today, I will assume that I am released from the subpoena and will proceed with my plans to be out of town Wednesday through Friday of next week.

Very truly yours,

ROIANNE HOULTON CONNER
ATTORNEY AT LAW

EXHIBIT
B

# LAW OFFICE OF ROIANNE HOULTON CONNER

250 Winton Blount Loop
Montgomery, Alabama 36117
(334)215-1988
FAX: (334)215-7778

Please Reply to:
Post Office Box 240458
Montgomery, Alabama 36124

## FACSIMILE TRANSMITTAL

*************************************************************

TO: ___Honorable Julian McPhillips___ FAX NUMBER: ___263-2321___
DATE: __11-04-05_____
ORIGINAL MAILED: Yes / NO
*************************************************************
THIS TRANSMITTAL IS BEING SENT BY: Roianne Houlton Conner


FAX NUMBER: (334) 215-7778

MESSAGE:

.



NUMBER OF PAGES INCLUDING COVER SHEET: __2_____
*************************************************************
UNLESS OTHERWISE INDICATED OR OBVIOUS FROM THE NATURE OF THIS TRANSMITTAL, THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR OR ARE NOT SURE WHETHER IT IS PRIVILEGED, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE AT OUR EXPENSE. THANK YOU



EXHIBIT
C

TRANSMISSION VERIFICATION REPORT

TIME : 11/04/2005 09:04

```
DATE,TIME           11/04 09:03
FAX NO./NAME        2632321
DURATION            00:00:55
PAGE(S)             02
RESULT              OK
MODE                STANDARD
                    ECM
```