IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| v. | ) CRIM NO. 2:05CR137-F |
| | ) |
| **GEORGE DAVID SALUM III** | ) |
| | ) |
| DEFENDANT. | ) |

### MOTION TO ENFORCE SUBPOENA

COMES NOW the Defendant, George David Salum III, by and through his attorneys of record, Julian L. McPhillips, Jr., and moves this Honorable Court to enforce the subpoena directed to attorney Stephen Glassroth. As grounds therefore, and in support thereof, the Defendant avers:

1. Service of the original subpoena was perfected on attorney Stephen Glassroth approximately 1 ½ weeks ago. When it was discovered that said subpoena was not filed with the U.S. District Court prior to the service, a new subpoena was issued, together with a check for $100.000 to cover the two days of Wednesday - Thursday, November 9 and 10, 2005 and mileage related thereto.

2. Extremely diligent efforts have been made to reserve the subpoena on Stephen Glassroth. Attached hereto is an affidavit prepared by the undersigned and signed by the runner of his firm regarding his attempts to

perfect service, and the fact that the reissued subpoena and check has been left with the secretary of Stephen Glassroth, who is in the galley of this Court today.

Wherefore, Defendant moves this Honorable Court to enforce the subpoena original served on Stephen Glassroth.

Respectfully submitted this ___ day of November, 2005.

_____
Julian L. McPhillips,Jr.

OF COUNSEL:
**MCPHILLIPS SHINBAUM, L.L.P**
P. O. Box 64
Montgomery, AL 36101
(334) 262-1911

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served via hand-delivery on this the ____ day of November, 2005, upon:

Dixie A. Morrow
Assistant United States Attorney
21 E. Garden St., Ste. 400
Pensacola, FL 32502

_____
Of Counsel