MONTGOMERY COUNTY
STATE OF ALABAMA

# AFFIDAVIT

My name is Kaylon Jenkins, and I do swear that the following is true and correct in every particular:

1. I am an African American male, of sound mind and body, and a current employee of McPhillips Shinbaum, L.L.P. My position with the firm is that of runner/investigator.

2. I have been an employee of McPhillips Shinbaum, L.L.P. for the past eight years.

3. In my capacity of runner with the firm, I was given a subpoena to be served on Stephen Glassroth, a Montgomery attorney, on Monday, November 7, 2005. This subpoena was a reissued subpoena, as I had served Mr. Glassroth by way of his paralegal previously approximately 1 ½ weeks ago.

4. I have made several attempts to serve the subpoena on Mr. Glassroth. I have visited his office 5 different times between Monday, November 7 and Tuesday, November 8, 2005. I have been told that Mr. Glassroth was not in the office, or at lunch, or had already left for the day. On two other occasions, Mr. Glassroth's office was closed.

5. Further, on November 8, 2005, I went to Joe Vanheest's office, who is Mr. Glassroth's attorney, in an attempt to serve the subpoena. There was no one at the office, as no one would answer the door.

6. I also visited Les Hayes' office on yesterday's date in an attempt to serve Mr. Glassroth. Vicky Glassroth, wife of Stephen Glassroth, works with Les Hayes' office and it was believed that perhaps Mr Glassroth was working out of his wife's office.

7. I therefore have given the subpoena and check for Mr Glassroth to the secretary of Mr Glassroth who is sitting in the galley of this Honorable Court today. From the circumstances described above, it appears Mr Glassroth has been trying to dodge service.

_____
Kaylon Jenkins

Before me, the undersigned Notary Public, appeared Kaylon Jenkins, who, known to me, do swear the foregoing is true and correct in every particular on this 9th day of November, 2005.

_____
Notary Public