IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr137-F |
| | ) | |
| GEORGE DAVID SALUM III | ) | |

**GOVERNMENT'S SUPPLEMENTAL REQUEST TO CHARGE:**
**CHARACTER EVIDENCE - GOVERNMENT WITNESS**

COMES NOW the United States of America, by and through its attorneys, Gregory R. Miller, United States Attorney for the Northern District of Florida, and the undersigned Assistant United States Attorney, and moves this Honorable Court to charge the jurors as follows:

**CHARACTER OF A WITNESS**

You have heard opinion evidence about the character trait of Johnny G. White, Jr. for truthfulness. You should consider this evidence in deciding the weight that you will give to Witness White's testimony.

_____
*Reference:* Seventh Circuit Pattern Jury Instructions - Criminal, *Instr. No. 3.12;* Fed. R. Evid. 404(a)(2), 404(a)(3), and 608.

RESPECTFULLY SUBMITTED this 10th day of November, 2005.

GREGORY R. MILLER
United States Attorney

**/s/Dixie A. Morrow**
DIXIE A. MORROW
Assistant United States Attorney
Florida Bar No. 0354589
Georgia Bar No. 525543
Texas Bar No. 24034796
Northern District of Florida
21 E. Garden Street, Suite 400
Pensacola, Florida 32502
(850) 444-4000

CERTIFICATE OF SERVICE

      I hereby certify that I have this date served a copy of the foregoing GOVERNMENT'S SUPPLEMENTAL REQUEST TO CHARGE: CHARACTER EVIDENCE - GOVERNMENT WITNESS upon the defendant by electronic filing with and noticing by the Clerk of Court with notice delivery to his counsel of record: Julian L. McPhillips, Jr., McPHILLIPS SHINBAUM LLP, Post Office Box 64, Montgomery, Alabama 36101.

      THIS 10th day of November, 2005.

      **/s/Dixie A. Morrow**
      DIXIE A. MORROW
      Assistant United States Attorney
      Florida Bar No. 0354589
      Georgia Bar No. 525543
      Texas Bar No. 24034796
      Northern District of Florida
      21 E. Garden Street, Suite 400
      Pensacola, Florida 32502
      (850) 444-4000