# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. MARK E. FULLER, PRESIDING          AT MONTGOMERY, AL

DATE COMMENCED:   11-7-05       AT:   3:20 p.m.
DATE COMPLETED:   11-7-05       AT:   4:10 p.m.

UNITED STATES OF AMERICA         §
                                 §
vs.                              §    CR NO. 2:05CR137-F
                                 §
GEORGE DAVID SALUM, III.         §

| GOVERNMENT | APPEARANCES: | DEFENDANTS |
|---|---|---|
| Dixie Angela Morrow | | Julian McPhillips |
| | | Allison Highley |
| | | Roianne H. Conner |

**COURT OFFICIALS PRESENT:**

Jimmy Dickens, Court Reporter
Barbara Wells, Law Clerk
Kelli Gregg, Courtroom Clerk

**COURTROOM PROCEEDINGS:**
**Motion Hearing Re: Motion to Quash Subpoena Doc. #80**

**11-7-05**
  3:20 p.m. -   Court convenes.
                Attorney Conner discusses her motion to quash and the subpoena that she received from Attorney McPhillips with the Court. Attorney Conner does not believe that she was properly served by counsel.
                Attorney McPhillips discusses his position to the Court regarding this motion to quash and the subpoena that he issued. The subpoena is being reserved correctly today to Ms. Conner. Counsel discusses his reasons for issuing a subpoena to Ms. Conner. Attorney McPhillips serves Ms. Conner with a corrected subpoena at this time.
                Attorney Conner argues her position to the Court regarding testifying in this case.
                The Court will require Attorney Conner to testify and will DENY the motion to quash.
  4:10 p.m. -   Court is in recess.