# MINUTES
IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.  MARK E. FULLER, PRESIDING                    AT MONTGOMERY, AL

DATE COMMENCED:   11-7-05        AT:   10:15 a.m.
DATE COMPLETED:   11-7-05        AT:    3:20 p.m.

UNITED STATES OF AMERICA    §
                            §
vs.                         §   CR NO. 2:05CR137-F
                            §
GEORGE DAVID SALUM, III.    §

| GOVERNMENT | APPEARANCES: | DEFENDANTS |
|---|---|---|
| Dixie Angela Morrow | | Allison Hale Highley |
| | | Julian L. McPhillips, Jr. |

### COURT OFFICIALS PRESENT:
Jimmy Dickens, Court Reporter
Barbara Wells, Law Clerk
Kelli Gregg, Courtroom Clerk

### JURORS

| | | | | |
|---|---|---|---|---|
| 1. | David G. Simonton | | 2. | Rosemary C. Burson |
| 3. | Peter D. Talamonti | | 4. | Casey M. Dillard |
| 5. | Shannon R. Sharp | | 6. | Judith K. Simmons |
| 7. | Andra V. Smith | | 8. | Robert E. Slocumb |
| 9. | Sandra K. Warren | | 10. | Renate M. Kaase |
| 11. | Melvin G. Zuback | | 12. | Lori A. Striblin |
| 13. | Joel Eric Plake | | 14. | Carmen R. Estes |

### COURTROOM PROCEEDINGS:
**JURY SELECTION**
**11-7-05**

10:15 a.m. - Court convenes.
10:37 - 10:50 a.m. - Multiple Voir Dire commenced, entire jury panel is given the oath, sworn in and general voir dire begins.
2:15 p.m. - Jury selection held.
The Government Challenges for Cause juror #83 which the Court grants and Challenge for Cause as to juror #81 is denied.
Jury panel is selected, given the oath and sworn in for this case to begin trial on November 8, 2005.
3:20 p.m. - Court is in recess.