# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. MARK E. FULLER, PRESIDING          AT MONTGOMERY, AL

DATE COMMENCED:   11-08-05     AT:  9:05 a.m.
DATE COMPLETED:   11-10-05     AT:  9:45 p.m.

UNITED STATES OF AMERICA          §
                                  §
vs.                               §   CR NO. 2:05CR137-F
                                  §
GEORGE DAVID SALUM, III.          §

|  GOVERNMENT | APPEARANCES: | DEFENDANTS |
|---|---|---|
| Dixie Angela Morrow | | Julian McPhillips |
| | | Allison Highley |

### COURT OFFICIALS PRESENT:

Jimmy Dickens, Court Reporter
Barbara Wells, Law Clerk
Kelli Gregg, Courtroom Clerk

### JURORS

| | | | | |
|---|---|---|---|---|
| 1. | David George Simonton | | 2. | Rosemary C. Burson |
| 3. | Peter David Talamonti | | 4. | Casey M. Dillard |
| 5. | Shannon R. Sharp | | 6. | Judith K. Simmons |
| 7. | Andra Vonzeld Smith | | 8. | Robert E. Slocumb |
| 9. | Sandra Kay Warren | | 10. | Renate M. Kaase |
| 11. | Melvin Gene Zuback | | 12. | Lori Ann Striblin |
| 13. | Joel Eric Plake | | 14. | Carmen Renee Estes |

**COURTROOM PROCEEDINGS:**

**JURY TRIAL**

**DAY ONE**
**11-8-05**

    9:05 a.m. -    Court convenes.
                                The Witness Rule is invoked.

|  |  |
|---|---|
|  | Court gives preliminary instructions to the jury. |
|  | Opening statements begin. The Government takes 18 minutes. Defense takes 20 minutes. |
|  | Court gives additional instructions to the jury. |
|  | Defense counsel (at side bar) Motions the Court for a Mistrial because they were not provided Jenks Act Material one day prior to testimony of witnesses by the Government. |
|  | Government states that they were not asked for any Jenks Act Material. |
|  | Court DENIES Motion for Mistrial by defense counsel. |
|  | Government calls their first witness Gregory Borland to testify. |
|  | Defense counsel objects (at side bar) to Government's exhibit #1 being admitted into evidence and Motions the Court for a Mistrial. |
|  | Court DENIES defense counsel's Motion for a Mistrial. |
| 10:35 a.m. - | Court is in recess. |
| 10:50 a.m. - | Court reconvenes. |
|  | Defense counsel begins cross-examination of witness Borland. |
|  | Government begins re-direct. |
|  | Government calls David W. Warren to testify. |
|  | Defense counsel begins cross-examination of witness Warren. |
|  | Government begins re-direct. |
|  | Defense counsel begins re-cross examination. |
| 12:10 p.m. - | Court is in recess. |
| 1:23 p.m. - | Court reconvenes. |
|  | Defense counsel asks (outside the presence of the jury) what the Government plans to proffer with their next witness to be called. |
|  | Government responds to this request. |
|  | Government calls Johnny G. White, Jr. to testify. |
| 2:53 p.m. - | Court is in recess. |
| 3:15 p.m. - | Court reconvenes. |
|  | Defense counsel begins cross-examination of witness White. |
|  | Government begins re-direct. |
|  | Defense counsel Motions the Court for a Mistrial. |
|  | Court DENIES Motion for a Mistrial. |
|  | Defense counsel begins re-cross examination. |
|  | Government calls Anthony Winston to testify. |
|  | Defense counsel begins cross-examination. |
|  | Government calls Michael E. Davis to testify. |
|  | Defense counsel begins cross-examination of witness Davis. |
|  | Government calls Mark L. Hartley to testify. |
|  | Defense counsel cross-examines witness Hartley. |
|  | Government calls Dennis Bodine to testify. |
|  | Defense counsel cross-examines witness Bodine. |
| 5:30 p.m. - | Court is in recess. |

**DAY TWO**
**11/9/05**

|  |  |
|---|---|
| 9:05 a.m. - | Court convenes. |
| | Government calls Richard E. Moore, Jr. to testify. |
| | Defense counsel cross-examines witness Moore. |
| | Government begins re-direct. |
| | Defense counsel begins re-cross examination. |
| 10:15 a.m. - | Court is in recess. |
| 10:40 a.m. - | Court reconvenes. |
| | Government calls Mark D. Fox to testify. |
| | Defense counsel cross-examines witness Fox. |
| | Government calls Shannon C. Youngblood to testify. |
| | Defense counsel cross-examines witness Youngblood. |
| | Government begins re-direct. |
| | Defense counsel begins re-cross examination. |
| | Government calls David J. Wizorek to tesify. |
| | Defense counsel cross-examines witness Wizorek. |
| | Government calls Matthew Kallman, Jr. to testify. |
| | Defense counsel cross-examines witness Kallman. |
| | At side bar outside the hearing of the jury, defense counsel Motions the Court for a Mistrial. |
| | Court DENIES Motion for Mistrial. |
| | Government begins re-direct. |
| | Defense counsel begins re-cross examination. |
| 12:10 p.m. - | Court is in recess. |
| 1:00 p.m. - | Court reconvenes. |
| | Government calls J.E. King to testify. |
| | Defense counsel cross-examines witness King. |
| | Government recalls Gregory Borland. |
| | Defense counsel cross-examines witness Borland. |
| | The Government rests at this time. |
| | Defense counsel Motions the Court for a Directed Verdict at this time and also docketed as document (#83). |
| | Government responds to defense counsel's Motion for a Directed Verdict. |
| | Court DENIES Motion for a Directed Verdict at to both counts. |
| | Defense counsel calls their first witness Keith Baker to testify. |
| | Government begins cross-examination of witness Baker. |
| | Defense counsel begins re-direct. |
| | Defense counsel calls Cubie Ray Hayes to testify. |
| | Government cross-examines witness Hayes. |
| | Defense counsel begins re-direct. |
| | Government begins re-cross examination. |
| | Defense counsel calls William Caulfield to testify. |
| | Government cross-examines witness Caulfield. |

|  |  |
|---|---|
|  | Defense counsel begins re-direct. |
| 2:45 p.m. - | Court is in recess. |
| 3:20 p.m. - | Court reconvenes. |
|  | Defense counsel discusses, outside the presence of the jury, document (#82) Motion to Enforce Subpoena. |
|  | Court addresses the Motion to Enforce Subpoena. |
|  | Defense counsel calls Derick Wilson to testify. |
|  | Government begins cross-examination of witness Wilson. |
|  | Defense begins re-direct. |
|  | Defense counsel calls Janice H. Hopkins to testify. |
|  | Government begins cross-examination of witness Hopkins. |
|  | Defense counsel calls Steve Searcy to testify. |
|  | Government begins cross-examination of witness Searcy. |
|  | Defense counsel begins re-direct. |
|  | Defense counsel calls Sonya Salum to testify. |
|  | Government begins cross-examination of witness Salum. |
|  | Defense counsel begins re-direct. |
| 5:00 p.m. - | Court is in recess. |

**DAY THREE**
**11/10/05**

|  |  |
|---|---|
| 8:30 a.m. - | Court convenes. |
|  | Defense counsel calls George David Salum, III. to testify. |
|  | Defense counsel (at side-bar) Motions the Court for a Mistrial. |
|  | Court DENIES Motion for a Mistrial. |
|  | Government begins cross-examination of witness Salum. |
| 10:35 a.m. - | Court is in recess. |
| 10:55 a.m. - | Court reconvenes. |
|  | Defense counsel begins re-direct. |
|  | Defense counsel rests at this time. |
|  | At side bar Court DENIES AS MOOT Motions to Enforce Subpoena (Doc. #82 and #84). |
|  | Defense counsel Renews their Motion for a Directed Verdict as previously argued. |
|  | Government argues their position as previously stated. |
|  | Court will DENY Motion for a Directed Verdict for same grounds as previously stated. |
|  | Government calls J.M. Drinkard as a Rebuttal Witness to testify. |
|  | Defense counsel cross-examines witness Drinkard. |
|  | Government calls Jeffrey Downs for Rebuttal testimony. |
|  | Defense counsel cross-examines Downs. |
|  | Government begins re-direct. |
|  | Government rests at this time. |
|  | Defense counsel Motions for a Directed Verdict as previously set forth. |

|  |  |
|---|---|
|  | Government relies upon their prior arguments. |
|  | Court DENIES defendant's Motion for Judgment of Acquittal. |
| 11:40 a.m. - | Court is in recess. |
| 11:40 - 12:00 p.m. - | Charge conference with counsel. |
| 1:00 p.m. - | Court reconvenes. |
|  | Closing arguments begin. Government takes 35 minutes and Defense counsel takes 40 minutes. |
|  | Court give instructions to the jury. |
|  | Court dismisses two alternates. |
| 3:00 p.m. - | Jury deliberations begin. |
| 4:35 p.m. - | Court reconvenes to answer question of the jury. |
| 4:50 p.m. - | Court is in recess. |
| 6:40 p.m. - | Court reconvenes to answer question of the jury. |
|  | Defense counsel Motions for a Mistrial. |
|  | Court DENIES Motion for a Mistrial. |
| 6:55 p.m. - | Court is in recess. |
| 7:08 p.m. - | Court reconvenes to give further instructions to the jury. |
| 7:10 p.m. - | Court is in recess. |
| 8:20 p.m. - | Court reconvenes to answer question of the jury. |
| 8:35 p.m. - | Court is in recess. |
| 9:35 p.m. - | Court reconvenes. |
|  | The jury verdict of guilty is rendered and accepted into the record by the Court. |
|  | Defendant will be released on bond pending sentencing. |
| 9:45 p.m. - | Court is in recess. |