| | COURTS '  **EXHIBITS**  CR NO. 2:05CR137-F | | UNITED STATES OF AMERICA vs  GEORGE DAVID SALUM, III. | | | |
|---|---|---|---|---|---|---|
| **JURY TRIAL 11/8-10/05** | | | PRESIDING JUDGE: MARK E. FULLER | | | |
| **exhibits in box 1 of 1** | | | Court Reporter: JIMMY DICKENS | | | |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
| | | 11/10/05 | 1 | | | First Hand Written Note from the Jury |
| | | 11/10/05 | 2 | | | Second Hand Written Note from the Jury |
| | | 11/10/05 | 3 | | | Third Hand Written Note from the Jury |
| | | 11/10/05 | 4 | | | Forth Hand Written Note from the Jury |