UNITED STATES v. GEORGE DAVID SALUM III
CASE NO. 2:05CR137-F

Honorable Mark E. Fuller
Monday - 07 November 2005 and Following

GOVERNMENT EXHIBIT LIST

| NO. | EXHIBIT | IDENTIFIED BY | OFFERED | ADMITTED |
|---|---|---|---|---|
| 1 | Certified copy U.S. v. Leon Carmichael et al, CR-03-259-N indictment returned Nov 19, 2003 (6 pgs) | Self-authenticating ASAC Borland SA Baker | 11-8-05 | YES |
| 2 | Certified copy of Order on Arraignment - U.S. v. Carmichael et al, setting Jan 26, 2004 trial date (7 pgs) | Self-authenticating ASAC Borland SA Baker | | |
| 3 | Certified copy of Notice of Appearance of Counsel - U.S. v. Carmichael et al (Stephen R. Glassroth, Attorney for Leon Carmichael) dated Nov 24, 2003 (2 pgs) | Self-authenticating ASAC Borland SA Baker | 11-8-05 | YES |
| 4 | Certified copy of Motion for Leave to Withdraw (Stephen R. Glassroth as lead counsel for Leon Carmichael) dated Nov 4, 2004 (2 pgs) | Self-authenticating ASAC Borland SA Baker | 11-8-05 | YES |
| 5A | "Wanted" website containing photographs of Informants Denton, Pettis, George and announcing "Pictures Coming" of Informant Salery, Agents DeJohn, Whittle, Halasz, Greenwood (1 pg) | ASAC Borland SA Baker | 11-8-05 | YES |

| | | | | |
|---|---|---|---|---|
| 5B | "Wanted" website containing photographs of Informants Denton, Pettis, George, Salery and MPD photograph of Agent DeJohn (1 pg) | ASAC Borland<br>J.G. White, Jr.<br>R.E. Moore, Jr.<br>M.D. Fox<br>Sgt S.C. Youngblood<br>Det R.E. Cook<br>Det D.J. Wizorek<br>SA Baker | 11-8-05 | YES |
| 5C | "Wanted" website containing photographs of Informants Denton, Pettis, George, Salery and three photographs of Agent DeJohn (MPD plus two public domain) (1 pg) | ASAC Borland<br>SA Baker | 11-8-05 | YES |
| 6 | Montgomery Police Dept Policy 1.330, Duties of Responsible Employment (2 pgs) | Maj D.W. Warren | 11-8-05 | YES |
| 7 | Montgomery Police Dept Policy 1.430, Personnel Files (1 pg) | Maj D.W. Warren | 11-8-05 | YES |
| 8 | Montgomery Police Dept Policy 1.435, Duty Regarding Confidential Reports, Records, and Written Communications (1 pg) | Maj D.W. Warren | 11-8-05 | YES |
| 9 | Montgomery Police Dept Policies 2.025, 2.027, Compromising Police Cases, Associating with Criminal Element (1 pg) | Maj D.W. Warren | 11-8-05 | YES |
| 10 | Privacy and Security Agreement between Alabama Criminal Justice Information Center Commission and Montgomery Police Dept (2 pgs printed on single double-sided document) | Maj D.W. Warren<br>FA D. Bodine | 11-8-05 | YES |

| | | | | |
|---|---|---|---|---|
| 11A | Montgomery Police Dept Certificate of Understanding - recertification of Defendant Salum as limited authority user of ACJIC/NCIC signed and dated 1/14/04 with Test Score 100% (2 pgs - double-sided document print on separate sheets) | Maj D.W. Warren FA D. Bodine | 11-8-05 | YES |
| 11B | Montgomery Police Dept Records & Communications Division Policy and Procedure Manual, Section 6.06 NCIC User Certification (referenced in G. Ex. 11A) (3 pgs) | Maj D.W. Warren FA D. Bodine | 11-8-05 | YES |
| 11C | Re-Certification Test (ACJIC/NCIC) (referenced in G.Ex. 11A, 11B) (3 pgs - double-sided document plus single-sided document) | Maj D.W. Warren FA D. Bodine | 11-8-05 | YES |
| 12 | Montgomery Police Dept Duty Roster/Daily Assignment Report - Duty Roster Date 7/03/2004 (2 pgs) | Maj D.W. Warren | 11-8-05 | YES |
| 13 | Proffer letter between U.S. Attorney for the Middle District of Alabama and John White dated Oct 13, 2004 (3 pgs) | J.G. White, Jr. | 11-8-05 | YES |
| 14 | Certified copy Judgment in a Criminal Case - *U.S. v. Johnny White*, 2:01-CR-00084-001-JMH (Eastern District of Kentucky) (7 pgs) | Self-authenticating J.G. White, Jr. | 11-8-05 | YES |

| | | | | |
|---|---|---|---|---|
| 15 | "Wanted" website containing photographs of Informants Denton, Pettis, George, Salery and announcing "Pictures Coming" of Informant Salery, Agents DeJohn, Whittle, Halasz, Greenwood (1 pg) | J.G. White, Jr. R.E. Moore, Jr. SA Baker | 11-8-05 | YES |
| 16 | Law Enforcement Coordinating Committee Newsletter - Middle District of AL U.S. Attorney's Office, October 2003 bearing handwritten annotation "WWW.USDOJ.GOV/USAO/ALM" (1 pg) | J.G. White, Jr. R.E. Moore, Jr. SA Baker | 11-8-05 | YES |
| 17 | alacourt.com On-Line Alabama SJIS Index Search Results for Salery Wallace and Sherry Pettis (3 pgs) | J.G. White, Jr. R.E. Moore, Jr. SA Baker | 11-8-05 | YES |
| 18 | Montgomery Police Dept NCIC/ACJIS Returns 07/03/2004 for Denton, Pettis, George, Salery and Riddle (67 pgs Bates marked) | J.G. White, Jr. M. Davis SDA M. Hartley SA Baker | 11-8-05 | YES |
| 19 | Handwritten notes from NCIC/ACJIS returns for Pettis, George, and Denton (4 pgs - legal length) | J.G. White, Jr. SA Baker | 11-8-05 | YES |
| 20 | Montgomery Police Dept Personnel File - Raymond D. DeJohn 5-8-92 to 1-5-2001 (244 pgs Bates marked) | J.G. White, Jr. M. Kallman, Jr. Sgt J.E. King SA Baker | 11-8-05 | YES |
| 21 | Indictment of Carmichael and Williams dated 11/19/03 CR.NO. 03-259-N | Gregory Borland | 11-9-05 | YES |
| 22 | | | | |
| 23 | City and County of Montgomery Personnel Dept. Recommendation for Personnel Action | Jeffrey Downs | 11-10-05 | YES |