| | DEFENDANT'S EXHIBITS CR NO. 2:05CR137-F | | | | UNITED STATES OF AMERICA vs GEORGE DAVID SALUM, III. | | | |
|---|---|---|---|---|---|---|---|---|
| Jury Trial 11/8-10/05 | | | | | PRESIDING JUDGE: MARK E. FULLER | | | |
| **exhibits maintained in one separate box** | | | | | Court Reporter: JIMMY DICKENS | | | |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION | | |
| Yes | 11/9/05 | 11/9/05 | 3 | | | Criminal History Record of Johnny G. White | | |
| Yes | 11/10/05 | 11/10/05 | 28 | | | MPD Rules and Regulations Manual | | |