IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR NO. 2:05CR137-F |
| | ) | |
| GEORGE DAVID SALUM, III. | ) | JURY TRIAL: 11/8-10/05 |
| | | Before: Chief Judge Mark E. Fuller |

**WITNESS LIST**

| GOVERNMENT | DEFENDANT |
|---|---|
| 11-08-05 | 11-09-05 |
| Gregory Borland | Keith Baker |
| David W. Warren | Cubie Ray Hayes |
| Johnny G. White, Jr. | William Caulfield |
| Anthony Winston | Derick Wilson |
| Michael E. Davis | Janice H. Hopkins |
| Mark L. Hartley | Steve Searcy |
| Dennis Bodine | Sonya Salum |
| | |
| 11-09-05 | 11/10/05 |
| Richard E. Moore, Jr. | George D. Salum, III. |
| John Walker | |
| Mark D. Fox | |
| Shannon C. Youngblood | |
| Ronald E. Cook | |
| David J. Wizorek | |
| Matthew Kallman, Jr. | |
| Jay E. King | |
| J.C. West | |

11-10-05 Rebuttal Testimony

J.M. Drinkard
Jeffrey Downs