UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA

-vs-                                                    CASE NO. 2:05-cr-137-F

GEORGE DAVID SALUM III

### VERDICT FORM

1. We, the Jury, find the Defendant George David Salum III:

    _____ Not Guilty
    ___✓_____ Guilty

    of the offense of obstruction of justice as charged in Count One of the indictment.

2. We, the Jury, find the Defendant George David Salum III:

    _____✓_____ Not Guilty
    _____ Guilty

    of the offense of computer fraud as charged in Count Two of the indictment.

SO SAY WE ALL, this the 10TH day of November, 2005.

_____
Foreperson