IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )| |
| ) | |
| v.    ) | CR. NO. 2:O5CR137-F |
| ) | |
| GEORGE DAVID SALUM III ) | |

## MOTION FOR JUDICIAL NOTICE OF STIPULATED FACT

COMES NOW the United States of America, by and through the United States Attorney for the Northern District of Florida and the undersigned Assistant United States Attorney, and consistent with the oral argument of record, moves this Honorable Court to take judicial notice of the following stipulated facts:

> The "Alabama Computer Crimes Act," set forth in the Code of Alabama, Section 41-9-601 et seq, was a law in effect in the State of Alabama during the time alleged in Count Two of the indictment, namely on or about July 3, 2004.
>
> That Act made it a violation of the laws of the State of Alabama for any person to willfully request, obtain, or seek to obtain criminal offender record information under false pretenses, or to wilfully communicate or seek to communicate criminal offender record information to any agency or person except those authorized to receive it. That law further made it a violation of the laws of the State of Alabama for any person to knowingly communicate or seek to communicate criminal offender record information, except in accordance with the law, that is, to authorized agencies or persons for law enforcement use.

RESPECTFULLY SUBMITTED this 9th day of November, 2005.

        GREGORY R. MILLER
        United States Attorney


        **/s/Dixie A. Morrow**
        DIXIE A. MORROW
        Assistant United States Attorney
        Florida Bar No. 0354589
        Georgia Bar No. 525543
        Texas Bar No. 24034796
        Northern District of Florida
        21 E. Garden Street, Suite 400
        Pensacola, Florida 32502
        (850) 444-4000