IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO.: 2:05-cr-137-F |
| ) | |
| GEORGE DAVID SALUM III ) | |

## **ORDER**

This cause is before the Court on the Government's Motion to Seal Defendant's Motion for Acquittal or for New Trial (Doc. # 96). For good cause shown, it is hereby ORDERED that the motion is GRANTED and Clerk of the Court is DIRECTED to place Defendant's Motion for Acquittal or for New Trial (Doc. # 95) UNDER SEAL.

DONE this the 22nd day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE