IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIM NO. **2:05cr137-F** |
| | ) | |
| **GEORGE DAVID SALUM III** | ) | |

### GOVERNMENT'S MOTION TO SEAL GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR ACQUITTAL OR FOR NEW TRIAL

COMES NOW the United States of America, by and through its attorneys, Gregory R. Miller, United States Attorney for the Northern District of Florida, and the undersigned Assistant United States Attorney, and files this Motion to Seal the Government's Response to Defendant's Defendant's Motion for Acquittal or For New Trial (Doc. 95).

### Summary of Facts

**1.**

On November 17, 2005, Counsel for Defendant electronically filed Defendant's Motion For Acquittal or For New Trial (Doc. 95).

**2.**

On motion of the United States, this Court sealed the defendant's motion on November 22, 2005 (Doc. 97).

**3.**

The Government's response discusses information which occurred during this Court's sealed hearing on November 7, 2005, and which has therefore, to date, been protected from public disclosure.

## Requested Relief

WHEREFORE, the United States requests that the Court SEAL the government's response to the defendant's motion.

RESPECTFULLY SUBMITTED this 23rd day of November, 2005.

GREGORY R. MILLER
United States Attorney

*/s/ Dixie A. Morrow/*
DIXIE A. MORROW
Assistant United States Attorney
Florida Bar No. 0354589
Georgia Bar No. 525543
Texas Bar No. 24034796
Northern District of Florida
21 E. Garden Street, Suite 400
Pensacola, Florida 32502
(850) 444-4000

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing GOVERNMENT'S MOTION TO SEAL GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR ACQUITTAL OR FOR NEW TRIAL upon the defendant by mailing same to the defendant's counsel of record: Julian L. McPhillips, Jr., McPHILLIPS SHINBAUM LLP, Post Office Box 64, Montgomery, Alabama 36101.

THIS 23rd day of November, 2005.

*/s/ Dixie A. Morrow/*
DIXIE A. MORROW
Assistant United States Attorney
Florida Bar No. 0354589
Georgia Bar No. 525543
Texas Bar No. 24034796
Northern District of Florida
21 E. Garden Street, Suite 400
Pensacola, Florida 32502
(850) 444-4000