IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | NO.   2:05cr137-MEF |
| ) | |
| GEORGE DAVID SALUM III  ) | |

### ORDER

The petit jury selected for the trial of the above-captioned case, during its consideration of said case, by oral direction of the Court, was to be fed Wednesday, November 9, 2005, and Thursday, November 10, 2005. The Clerk for the Middle District of Alabama is hereby directed pursuant to the provisions of Title 28, U.S.C., § 1871 to disburse the sum so billed for these meals.

SO ORDERED, this 16th day of November, 2005.

_____
Mark E. Fuller
Chief United States District Judge