IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-137-F |
| | ) | |
| GEORGE DAVID SALUM, III | ) | |

## **O R D E R**

Upon consideration of the Government's Motion to Seal Government's Response to Defendant's Motion for Acquittal or for New Trial (Doc. #99) filed on November 28, 2005, it is hereby

ORDERED that the motion is GRANTED.

DONE this 1st day of December, 2005.

/s/  Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE