IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-137-F |
| | ) | |
| GEORGE DAVID SALUM, III | ) | |

# **O R D E R**

Upon consideration of the defendant's Motion for Withdrawal of Counsel, Appointment of Public Defender, and Continuance of Sentencing Date (Doc. #106) filed on January 30, 2006, it is hereby

ORDERED that the government show cause in writing on or before February 1, 2006 as to why the motion should not be granted.

DONE this 30th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE