IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-137-F |
| | ) | |
| GEORGE DAVID SALUM, III | ) | |

# **O R D E R**

Upon consideration of the defendant's Motion for Withdrawal of Counsel, Appointment of Public Defender, and Continuance of Sentencing Date (Doc. #106) and the response of the government (Doc. #108) filed on January 30, 2006, it is hereby

ORDERED that the motion is GRANTED in part. The sentencing hearing set for February 7, 2006 is continued generally.

It is further ORDERED that the portions of the motion relating to withdrawal of counsel and appointment of public defender are set for hearing on February 7, 2006 at 3:00 P.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama. Counsel for the United States may participate in this hearing via telephone if arrangements are made with the courtroom deputy. ALL counsel of record for the defendant, Julian McPhillips, Allison Highley, and Mickey McDermott, shall appear at the hearing along with Mr. Salum. The Clerk of Court is directed to provide a copy of this order to the Federal Defender Office and U.S. Probation and the Court requests their presence at said hearing.

DONE this the 1st day of February, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE