IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 FEB -2  A 11: 09

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:02-CR-137 |
| | ) |
| GEORGE DAVID SALUM | ) |
| Defendant. | ) |

## MOTION TO CLARIFY

## MOTION TO EXCUSE COUNSEL

Comes now Mickey J.G. McDermott, Attorney at Law, requesting that this Honorable Court clarify its Order in the above styled matter in that:

1. Counsel provides Pro-Bono services to Police officers, primarily during Officers involved shootings through the Fraternal Order of Police.

2. On the date of his initial arrest, the Defendant called on the services of the Fraternal Order of Police and Counsel responded.

3. Counsel represented the Defendant only to capacity of initial appearance.

4. The Defendant retained other Counsel following his initial appearance.

5. Counsel has had no involvement with the Defendants representation since that initial appearance and is not representing the Defendant in any manner.

6. Counsel is scheduled for Surgery at Jackson's Hospital on Friday 3 February and will be unavailable for Court on 7 February 2006.

Wherefore, Counsel moves this Honorable Court to clarify its Order of 1 February 2006 and excuse Counsel from any further hearings related to this matter.

Respectfully submitted this the 2nd day of February 2006.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MICKEY JG MCDERMOTT (MCD-052)
　　　　　　　　　　　　　　　　　　　Attorney for Defendant

OF COUNSEL:
Mickey J.G. McDermott
100 Commerce Street, Suite 1000
Montgomery, AL  36104
(334) 264-5151 px
(334) 263-7782 fx

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the US Attorney, 1 Court Square, Suite 201, Montgomery, Alabama, 36104, by either placing a copy of same in the United States mail postage prepaid and properly addresses to insure delivery or by Electronic notice on this the 2nd day of February 2006.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Mickey J.G. McDermott (MCD-052)

Julian McPhillips, Jr astrickalnd@msg-lawfirm.com
Dixie Morrow Dixie.morrow@usdoj.gov