IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-137-F |
| | ) | |
| GEORGE DAVID SALUM, III | ) | |

## **O R D E R**

This cause is before the Court on the Motion to Clarify and Motion to Excuse Counsel (Doc. # 110) filed by Mickey J.G. McDermott. For good cause shown, it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that McDermott is excused from attendance at the hearing on February 7, 2006. Furthermore, the motion is CONSTRUED as a motion for leave to withdraw and that motion is GRANTED.

DONE this the 3rd day of February, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE