# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.  MARK E. FULLER, PRESIDING          AT MONTGOMERY, AL

DATE COMMENCED:   2/7/06           AT:   3:50 p.m.
DATE COMPLETED:   2/7/06           AT:   4:35 p.m.

UNITED STATES OF AMERICA          §
vs.                               §      CR. NO. 2:05CR137-F
                                  §
GEORGE DAVID SALUM, III.          §

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Dixie Morrow | | Julian McPhillips |
| | | Allison Highley |

COURT OFFICIALS PRESENT:

Josh Clayton, Law Clerk                              Jakki Caple, USPO
Kelli Gregg, Courtroom Clerk
Jimmy Dickens, Court Reporter

COURTROOM  PROCEEDINGS:

( X )  **Motion Hearing**

3:50 p.m. -   Court convenes.
Government responds to the Court regarding Motion to Withdraw Counsel and Appointment of CJA Counsel.
Defense counsel will say what they have to say today ex parte.
Christine Freeman speaks regarding the possibility of appointing a CJA Panel Attorney with the Court.
Court finds that the Federal Defenders Office is conflicted out for the Middle District of Alabama to represent defendant.
Attorneys Highley and McPhillips address the Court regarding her representation and conflicts as to the defendant.
Defendant addresses the Court regarding his desire to have new counsel appointed - part of which was held at side bar - to be under seal.
Court finds that defendant's Motion for Counsel to Withdraw is GRANTED.  Court finds that defendant does qualify for the appointment

|  |  |
|---|---|
|  | of a Federal Defender/CJA Panel Attorney to represent hin in this case for sentencing. |
|  | Government would like the Court to consider the defendants mental condition at this time. |
|  | Defendant responds regarding his mental capacity. |
| 4:35 p.m. - | Court is in recess. |