IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN  DIVISION

UNITED STATES OF AMERICA     )
     )
V.     )     CASE NO: 2:05-CR-137-F
     )
GEORGE DAVID SALUM III     )

## NOTICE OF APPEARANCE and NOTICE OF CONFLICT

**COMES NOW** the undersigned counsel, Christine A. Freeman, and enters her appearance as counsel for **GEORGE DAVID SALUM, III**, in the above-styled matter.

However, due to the conflicts of interest identified to the Court on February 7, 2006, undersigned counsel also respectfully requests permission to withdraw and to substitute counsel from outside Alabama,  specifically Donald M. Sheehan, Esq., 1500 W. Garden Street, Pensacola, Florida 32501, 850-432-3034, 850-432-2540, palemoon@sprynet.com as counsel for the defendant.  Mr. Sheehan is a member of Florida Bar and the Criminal Justice Act Panel for the Northern District of Florida and is willing and able to accept this appointment.  A motion to withdraw and substitute counsel has been filed simultaneously with this Notice.

Dated this 20th day of February 2006.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama

201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2006, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to

the following: Dixie A. Morrow, Esq., Special Assistant United States Attorney, 21 East

Garden Street, Suite 400, Pensacola, Florida 32502-3675.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org