**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:05-CR-137-F** |
| | ) | |
| **GEORGE DAVID SALUM III** | ) | |

**MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

**COMES NOW** the undersigned counsel, Christine A. Freeman, and respectfully moves this court for permission to withdraw and substitute counsel for Mr. Salum.

Due to the conflicts of interest identified to the Court on February 7, 2006, undersigned counsel requests permission to withdraw and to substitute counsel from outside Alabama, specifically Donald M. Sheehan, Esq., 1500 W. Garden Street, Pensacola, Florida 32501, 850-432-3034, 850-432-2540, palemoon@sprynet.com as counsel for the defendant. Mr. Sheehan is a member of Florida Bar and the Criminal Justice Act Panel for the Northern District of Florida and is willing and able to accept this appointment. Further, his office is located in the same city as that of the Special Prosecutor assigned to this case.

WHEREFORE, for the foregoing reasons, undersigned requests that this Motion be granted.

                                                Respectfully submitted,

                                                **s/Christine A. Freeman**
                                                **CHRISTINE A. FREEMAN**
                                                **TN BAR NO.: 11892**
                                                Attorney for Defendant
                                                Federal Defenders
                                                Middle District of Alabama

201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Dixie A. Morrow, Esq., Special Assistant United States Attorney, 21 East Garden Street, Suite 400, Pensacola, Florida 32502-3675.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org