IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,
PLAINTIFF
vs.                                                    CASE NO:    2:05 CR 137-F

GEORGE DAVID SALUM, III,
DEFENDANT.
_____/

## MOTION TO APPEAR PRO HAC VICE

Donald M. Sheehan, Attorney, hereby moves this Court for an Order permitting him to appear pro hac vice as the attorney for George David Salum, III, the Defendant in the above titled case.   In support thereof, Donald M. Sheehan, states as follows:

1. I am a member in good standing of the bars of the following Courts:

   The Florida Bar, admitted in 1985
   The Federal District Court of the Northern District of Florida.
   11th Circuit Court of Appeals
   Admitted pro hac vice in the Middle District of Alabama in the case of United States v. Lisa Hatcher 97-34-S, which case was tried by a jury   before the Honorable Judge Albritton

2. A copy of my Florida Bar Registration Card is attached hereto and made a part of this motion.  A certified certificate of good standing from the United States District Court for the Northern District of Florida is also attached and made a part of this motion.

3. I am a sole practitioner attorney whose business address 1500 West Garden Street, Pensacola, Florida, 32501;  telephone number (850) 432-3034;  fax number (850)432-2540.

4. I hereby certify that I graduated from Sanford University, Cumberland School of Law, Birmingham, Alabama in May of 1984 with a degree of doctor of jurisprudence.

5. I further certify that I am not a resident of the Middle District of Alabama.  I have knowledge of and I have familiarized myself with the Local Rules of the Federal District Court of the Middle District of Alabama.

6. I will faithfully abide by the rules of the Court.

WHEREFORE, Donald M. Sheehan, respectfully requests this Court to grant an Order permitting him to appear pro hac vice on behalf of George D. Salum, III, the Defendant in the instant action.

RESPECTFULLY SUBMITTED this 13th day of March, 2006.

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: Dixie A. Morrow, Esquire, Special Assistant United States Attorney, 21 East Garden Street, Pensacola, Florida 32532502-3675.

*s/Donald M. Sheehan*
**DONALD M. SHEEHAN**
**1500 WEST GARDEN STREET**
**PENSACOLA, FLORIDA 32501**
**TELEPHONE: (850) 432-3034**
**FAX: (850) 432-2540**
**FLORIDA BAR NO.: 464724**
**ATTORNEY FOR DEFENDANT**
**E-Mail: palemoon@sprynet.com**