

William M. McCool, Clerk of Court
One North Palafox Street
Pensacola, Florida 32502-5658
(850) 435-8440

# CERTIFICATE OF GOOD STANDING

I, WILLIAM M. McCOOL, Clerk of the United States District Court for the Northern District of Florida, DO HEREBY CERTIFY THAT **DONALD M. SHEEHAN, Florida Bar Number 464724,** was duly admitted to practice in said Court on **October 30, 1985**, and is in good standing as a member of the bar of said Court.

WILLIAM M. McCOOL, CLERK OF COURT

February 23, 2006
DATE:

_____
Deputy Clerk: Donna Bajzik

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

Tallahassee Division (850) 521-3501 • Gainesville Division (352) 380-2400 • Panama City Division (850) 769-4556