

Member Since
02/15/1985

**Donald Michael Sheehan**



0464724

This card is evidence that the person named hereon has been admitted to The Florida Bar. Attorneys practicing law in Florida or giving advice on Florida law must be in good standing. A member's continuing good standing may be verified by contacting: Membership Records, The Florida Bar, 651 East Jefferson Street, Tallahassee, FL 32399-2300, or visit *www.flabar.org*.

This card is valid until revoked, at which time it should be surrendered to The Florida Bar.

Signature  *Donald M. Sheehan*