IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,
PLAINTIFF

vs.                              CASE NO:   2:05 CR 137-F

GEORGE DAVID SALUM, III,
DEFENDANT.
_____/

## NOTICE OF APPEARANCE

THE CLERK AND ALL INTERESTED PARTIES to this action are hereby given Notice that the undersigned, DONALD M. SHEEHAN, has been appointed pursuant to the Criminal Justice Act, and will be counsel of record in the above-styled matter for the named Defendant, George D. Salum, III.  All future papers, correspondence, documents, pleadings, or other matters pertinent to this cause should hereafter be directed to the undersigned.

Dated this 13th day of March, 2006.

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: Dixie A. Morrow, Esquire, Special Assistant United States Attorney, 21 East Garden Street, Pensacola, Florida 32532502-3675.

*s/Donald M. Sheehan*
**DONALD M. SHEEHAN**
**1500 WEST GARDEN STREET**
**PENSACOLA, FLORIDA  32501**
**TELEPHONE: (850) 432-3034**
**FAX: (850) 432-2540**
**FLORIDA BAR NO.: 464724**
**ATTORNEY FOR DEFENDANT**
**E-Mail: palemoon@sprynet.com**