| 1. CIR./DIST./DIV. CODE  ALM | 2. PERSON REPRESENTED  Salum, III., George David | | | | VOUCHER NUMBER  060818 00001 |
|---|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER  2:05-000137-001 | | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)  U.S. v. Salum, III. | 8. PAYMENT CATEGORY | | 9. TYPE PERSON REPRESENTED  Adult Defendant | | 10. REPRESENTATION TYPE (See Instructions)  Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)

Sentencing set for 11/30/06.

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).

Trial Transcripts of 11/8/05 - 11/10/05

14. SPECIAL AUTHORIZATIONS (Services Other Than Ordinary) — Judge's Initials

A. Apportioned Cost ___ % of transcript with (Give case name and defendant)

B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript  ☐ Real Time Unedited Transcript

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney: Donald M. Sheehan   Date: 8/8/06
Printed Name: Donald M. Sheehan
Telephone Number: 850-432-3034
☒ Panel Attorney  ☐ Retained Atty  ☐ Pro-Se  ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in Item 15 is hereby granted.

By Order of the Court
Signature of Presiding Judicial Officer or By Order of the Court

7/12/06
Date of Order   Nunc Pro Tunc Date

17. COURT REPORTER/TRANSCRIBER STATUS
☒ Official  ☐ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix,) AND MAILING ADDRESS

JAMES R. DICKENS
P.O. BOX 921
Montgomery, AL. 36102
Telephone Number: (334) 265-4850

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID OF PAYEE

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

| 20. TRANSCRIPT | Include Page Numbers | No. of Pages | Rate Per Page | Sub-Total | Less Amount Apportioned | Total |
|---|---|---|---|---|---|---|
| Original | 1-686 | 591 | 3.30 | 1,950.30 | -0- | $1,950.30 |
| Copy | | | | | | |
| Expenses (itemize): | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED: | | $1,950.30 |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee: James R. Dickens   Date: 8/4/06

22. CERTIFICATION OF ATTORNEY OR CLERK  I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk: Donald M. Sheehan   Date: 8/8/06

23. APPROVED FOR PAYMENT
Signature of Judicial Officer or Clerk   Date: 15 August 2006

24. AMOUNT APPROVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-137-MEF |
| | ) | |
| GEORGE DAVID SALUM, III | ) | |

## **ORDER**

Upon consideration of the Motion to Transcribe Jury Trial (Doc. #121) filed on April 18, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 12th day of July, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE