# MONTGOMERY PSYCHIATRY & ASSOCIATES

William C. Freeman, M.D.  
David D. Harwood, M.D.

Daryl K. Hamblin, PhD  
Mollie E. Isaacson, LCSW

January 17, 2006

To Whom It May Concern:

RE: George Salum

Mr. George Salum has been treated in our clinic since 1991 for symptoms of Panic Disorder with Agoraphobia and Major Depression, Recurrent. He has been compliant with treatment recommendations. He has been treated intermittently with a combination of medications and individual psychotherapy.

Incarceration would be a significant detriment to this patient's mental status. He would likely experience a marked increase in his symptoms of anxiety, panic, and depression. In the past when Mr. Salum was experiencing significant symptoms of these two disorders, he was unable to actually enter the jail setting when incarcerating prisoners and relied on the help of other officers to do these types of things for him. Any exposure to a closed in place without the ability to escape causes marked anxiety to the point of producing a panic attack. An exacerbation of both conditions significantly increases the chances of the patient developing suicidal ideation. Incarceration would also take a physical toll on the patient due to the physical deterioration that occurs with people who have an overactive anxiety mechanism.

Mr. Salum has experienced intermittent moderate improvement in his symptoms of panic disorder and major depression since treatment began in 1991. He, however, has never returned to his normal baseline since beginning treatment. At this time, he is again suffering significant symptoms of depression with a significant increase in anxiety partially related to the stress of the recent legal proceedings.

If further information is needed, please feel free to contact me.

Cordially,

William C. Freeman, M.D.

WCF/mll

Original letter mailed:    George Salum  
1045 Whitehall Parkway  
Montgomery, Alabama  36109