# MONTGOMERY PSYCHIATRY & ASSOCIATES

William C. Freeman, M.D.  
David D. Harwood, M.D.

Daryl K. Hamblin, PhD  
Mollie E. Isaacson, LCSW

December 4, 2005

Judge Fuller

RE: George Salum

Dear Judge Fuller:

I have known and been treating George Salum for a number of years for symptoms of panic disorder with agoraphobia and claustrophobia and generalized anxiety disorder. He has also experienced episodes of major depression. He has been compliant with treatment through the years and been treated with a combination of medications and individual therapies.

I am aware of his recent legal situation and am very concerned that he would not be able to emotionally and psychiatrically handle being incarcerated in a closed environment. It would certainly exacerbate his underlying psychiatric condition, which could be detrimental to Mr. Salum, both emotionally and physically.

If you need or care for more input on his condition, please contact me.

Cordially,

William C. Freeman, M.D.

WCF/skf

Original letter mailed to:   Mr. George Salum  
1054 Whitehall Parkway  
Montgomery, Al  36109