# MONTGOMERY PSYCHIATRY & ASSOCIATES

William C. Freeman, M.D.  
David D. Harwood, M.D.  
A. Almon Ward, M.D.

Daryl K. Hamblin, PhD  
Mollie E. Isaacson, LCSW

July 6, 2005

To Whom It May Concern:

George Salum has been under my care for Major Depression. He was last seen in our office on June 6, 2005. He is currently taking Paxil 30mg daily, and Xanax 1mg three times a day. Mr. Salum will continue his treatment plan, and will return to the clinic July 28, 2005 where his condition will be further evaluated.

If you should have any questions regarding this matter, please feel free to contact the office. Please let us know if we can be of further assistance.

Cordially,

*W. Freeman* (signature)

William C. Freeman, MD

WCF/LMC

2014 Normandie Drive, Montgomery, Alabama 36111-2712  PH (334) 288-9009  FAX (334) 288-9497