| GOVERNMENT EXHIBITS  CR NO. 2:05CR137-MEF | UNITED STATES OF AMERICA  vs  GEORGE DAVID SALUM, III. |
|---|---|
| **Sentencing  2/23/07** | **PRESIDING JUDGE: MARK E. FULLER** |
| exhibits maintained w/ court file in separate binder | Court Reporter: Risa Entrekin |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| YES | 2-23-07 | 2-23-07 | S-1 | | | Transcript of 11/8/05 Trial - Excerpt of Testimony of Dft. Salum |
| YES | 2-23-07 | 2-23-07 | S-2 | | | Excerpt of Trial Transcript of 2005 Trial pgs. 377-686 |
| YES | 2-23-07 | 2-23-07 | S-3 | | | Excerpt of Trial Transcript of 2005 Trial pgs. 627-686 |
| YES | 2-23-07 | 2-23-07 | S-4 | | | Transcript of 11/9/05 Trial Vol. II |
| YES | 2-23-07 | 2-23-07 | 11-A | | | Montgomery Police Department Certificate of Understanding |
| YES | 2-23-07 | 2-23-07 | 11-C | | | Re-Certification Test |