| | COURTS EXHIBITS  CR NO. 2:05CR137-MEF | | | | | UNITED STATES OF AMERICA  vs  GEORGE DAVID SALUM, III. |
|---|---|---|---|---|---|---|
| **Sentencing 2/23/07** | | | | | | **PRESIDING JUDGE: MARK E. FULLER** |
| **exhibits maintained UNDER SEAL w/ court file in separate binder** | | | | | | **Court Reporter: Risa Entrekin** |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| YES | 2-23-07 | 2-23-07 | 1 | | | Letters and Medical Records of George D. Salum, III. |
| | | | | | | |
| | | | | | | |