IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR NO. 2:05CR137-MEF |
| | ) | |
| George David Salum, III. | ) | Sentencing: - 2/23/07 |
| | | Before: Hon. Mark E. Fuller |

**WITNESS LIST**

GOVERNMENT                                                                 DEFENDANT

                                                                                 Sonya Salum