**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                         TELEPHONE (334) 954-3600

March 2, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style: USA vs. GEORGE DAVID SALUM, III

Case Number: 2:05-CR-137-MEF
            DOCUMENT #136

Reference is made to document #136 filed electronically by counsel which did not contain his electronic signatures.

The corrected pdf document is attached to this Notice.