IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,
PLAINTIFF
vs.                                           CASE NO:   2:05 CR 137-F

GEORGE DAVID SALUM, III,
DEFENDANT.
_____/

## NOTICE OF APPEAL

NOTICE IS hereby given that George D. Salum, III, the Defendant in the above named case, hereby appeals to the United States Court of Appeals for the 11th Circuit, the final judgment and sentence of this Court adjudicating the Defendant\Appellant guilty of the crimes charged in the indictment, said final judgment rendered and entered on February 23, 2007. All parties of said cause are called upon to take notice of this appeal.

Dated this 28th day of February, 2007.

s/ *Donald M. Sheehan*
DONALD M. SHEEHAN
1500 West Garden Street
Pensacola, Florida 32501
(850) 432-3034
Fax: (850)432-2540
Florida Bar No.: 464724
Attorney for Defendant
Email: palemoon@sprynet.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 28th, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: Dixie A. Morrow, Esquire, Special Assistant United States Attorney, 21 East Garden Street, Pensacola, Florida 32502-3675.

*s/Donald M. Sheehan*
**DONALD M. SHEEHAN**