IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-137-MEF |
| | ) | |
| GEORGE DAVID SALUM, III | ) | |

## **O R D E R**

Upon consideration of the Defendant's Motion to Proceed In Forma Pauperis (Doc. # 137) filed on February 28, 2007, it is ORDERED that the motion is GRANTED.

DONE this the 2nd day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE