AO 245B (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

| | |
|---|---|
| DEFENDANT: | GEORGE DAVID SALUM, III. |
| CASE NUMBER: | 2:05CR137-MEF |

Judgment — Page 2 of 6

RECEIVED
2007 APR 20 P 12: 50
UNITED STATES MARSHAL SERVICE
MIDDLE ALABAMA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Thirty (30) months. This term consists of 30 months on each count to run concurrently.**

X The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends the Federal Bureau of Prisons designate the least restrictive environment appropriate for the classification of this offense as the place of service for this sentence and the defendant be afforded mental health counseling and treatment during his term of incarceration.**

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __4/13-07__ to __USP McCreary__

at __4:15 pm__, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

RETURNED AND FILED
APR 20 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

C.O. Lopez / Operations Lieutenant
USP
Date: 3-12-07