CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| ALM | Salum, III., George David | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 2:05-000137-001 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Salum, III. | Felony | Adult Defendant | Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)    If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 1030A.F -- FRAUD ACTIVITY CONNECTED WITH COMPUTERS

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED    (Describe briefly)
APPEAL TO THE UNITED STATE COURT OF APPEALS, 11TH CIRCUIT

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
7/26/05 PRETRIAL CNF. BEFORE MAG. JUDGE BOYD, SENTENCING HELD 2/23/07, BEFORE JUDGE MARK E. FULLER, RISA ENTREKIN, COURT REPORTER

14. SPECIAL AUTHORIZATIONS (Services Other Than Ordinary) | Judge's Initials
A. Apportioned Cost  ___% of transcript with (Give case name and defendant)
B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript  ☐ Real Time Unedited Transcript
C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions
D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney: [signed] Donald M. Sheehy    Date: 4/23/07
Printed Name: Donald M. Sheehy
Telephone Number: 850-432-3034
☒ Panel Attorney  ☐ Retained Atty  ☐ Pro-Se  ☐ Legal Organization

16. COURT ORDER
Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court: [signed]
Date of Order: 4-30-07    Nunc Pro Tunc Date: ___

### CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☒ Official  ☐ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix,) AND MAILING ADDRESS
Risa L. Entrekin
P.O. Box 5112
Montgomery, AL 36103-5112
Telephone Number: 334-240-2405

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID OF PAYEE
On file

| 20. TRANSCRIPT | Include Page Numbers | No. of Pages | Rate Per Page | Sub-Total | Less Amount Apportioned | Total |
|---|---|---|---|---|---|---|
| Original 7/26/05 | 1-30 | 30 | 3.30 | 99.00 | | 99.00 |
| Original 2/23/07 | 1-133 | 133 | 3.30 | 438.90 | | 438.90 |
| Expenses (itemize): | | | | | | |
| | | | TOTAL AMOUNT CLAIMED: | | | 537.90 |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee: [signed] Risa L. Entrekin    Date: 5/3/07

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK    I hereby certify that the services were rendered and that the transcript was received.
Signature of Attorney or Clerk: [signed] Donald M. Sh...    Date: 5/4/07

### APPROVED FOR PAYMENT - COURT USE ONLY

23. APPROVED FOR PAYMENT
Signature of Judicial Officer or Clerk: [signed]    Date: 9 May 2007

24. AMOUNT APPROVED: $537.90