27BE, APPEAL, CLOSED

# U.S. District Court
## Alabama Middle District (Montgomery)
## CRIMINAL DOCKET FOR CASE #: 2:05-cr-00137-MEF-SRW All Defendants
## Internal Use Only

Case title: USA v. Salum

Date Filed: 05/25/2005
Date Terminated: 02/23/2007

Assigned to: Hon. Chief Judge Mark E. Fuller
Referred to: Honorable Susan Russ Walker

Appeals court case number:
'07-10944-C' 'USCA'

**Defendant**

**George David Salum, III** (1)
*TERMINATED: 02/23/2007*

represented by **Allison Hale Highley**
City of Montgomery
Post Office Box 1111
Montgomery, AL 36101-1111
334-241-2050
Fax: 334-241-2310
Email: ahighley@montgomeryal.gov
*TERMINATED: 02/07/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julian Lenwood McPhillips, Jr.**
McPhillips Shinbaum L.L.P.
516 South Perry Street
PO Box 64
Montgomery, AL 36104
334-262-1911
Fax: 263-2321
Email: astrickland@msg-lawfirm.com
*TERMINATED: 02/07/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mickey John Glen McDermott**
Morris & McDermott LLC
PO Box 919

Hayneville, AL 36040
334-264-6466
Fax: 334-263-7782
Email: mk_mcdrm@bellsouth.net
*TERMINATED: 02/03/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Christine A. Freeman**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 1960
Montgomery, AL 36104
334-834-2099
Fax: 834-0353
Email: christine_freeman@fd.org
*TERMINATED: 02/28/2006*
*ATTORNEY TO BE NOTICED*

**Donald M. Sheehan**
1500 West Garden Street
Pensacola, FL 32501
(850) 432-3034
Fax: 850-432-2540
Email: palemoon@sprynet.com
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

| Pending Counts | Disposition |
|---|---|
| 18:1503/2 INFLUENCE/OBSTRUCT JUSTICE; AIDING & ABETTING -- NMT $250,000 [*]; NMT 10Y; B; NMT 5Y SUP REL; G-LNS; VWPA; $100 SA<br>(1) | 30 Mos Imp w/each Ct to run CC; 2 Yrs Sup Rel w/each Ct to run CC; $200 SA |
| 18:1030(a)(2)(B), (c)(2)(B)(i)&(ii)/2 FRAUD ACTIVITY CONNECTED WITH COMPUTERS -- NMT $250,000 [*]; NMT 5Y; B; NMT 3Y SUP REL; G-LNS; VWPA; $100 SA<br>(2) | 30 Mos Imp w/each Ct to run CC; 2 Yrs Sup Rel w/each Ct to run CC; $200 SA |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

USA      represented by    Dixie Angela Morrow
U S Department of Justice - FL-N
Northern District of Florida
111 North Adams Street, 4th Floor
Tallahassee, FL 32301
Email: dixie.morrow@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

BEGIN VOL. 1.

SEALED

| Date Filed | # | Docket Text |
|---|---|---|
| 05/25/2005 | 1 | INDICTMENT as to George David Salum, III (1) count(s) 1, 2. (snc) (Entered: 05/25/2005) |
| 05/25/2005 | 2 | *SEALED* Arrest Warrant Issued in case as to George David Salum, III. (snc) (Entered: 05/25/2005) |
| 05/25/2005 | 3 | (Court only) Limits of Punishment as to George David Salum, III (snc) (Entered: 05/25/2005) |
| 05/26/2005 | | Case unsealed as to George David Salum, III (pursuant to notice of arrest from USM) (snc) (Entered: 05/26/2005) |
| 05/26/2005 | 4 | Minute Entry for proceedings held before Judge Delores R. Boyd :Initial Appearance as to George David Salum, III held on 5/26/2005 (Recording Time 4:32 - 4:58.) (war ) (Entered: 05/27/2005) |
| 05/26/2005 | 5 | ORDER Setting Conditions of Release as to George David Salum III (1) $25,000 Non-Surety Bond. Signed by Judge Delores R. Boyd on 5/26/05. (war) (Entered: 05/27/2005) |
| 05/26/2005 | 6 | Non Surety Bond Entered as to George David Salum, III in amount of $ $25,000, (war ) (Entered: 05/27/2005) |

CONT. VOL. 1.

| | | |
|---|---|---|
| 05/26/2005 | 9 | NOTICE OF ATTORNEY APPEARANCE: Dixie A. Morrow appearing for USA. (snc) (Entered: 05/27/2005) |
| 05/26/2005 | | NOTICE OF ATTORNEY APPEARANCE: Mickey J. G. McDermott appearing for George David Salum, III (NO PDF ATTACHED) (war) (Entered: 06/02/2005) |
| 05/27/2005 SEALED | 7 | (Court only) Arrest Warrant Returned Executed in case as to George David Salum, III. Defendant arrested on 5/26/05. (ws, ) (Entered: 05/27/2005) |
| 05/27/2005 | 8 | ORDER as to George David Salum, III setting Arraignment for 6/3/2005 10:30 AM in Courtroom 4A before Honorable Delores R. Boyd. Signed by Judge Delores R. Boyd on 5/27/05. (snc) (Entered: 05/27/2005) |
| 06/02/2005 | 10 | NOTICE OF ATTORNEY APPEARANCE: Julian Lenwood McPhillips, Jr appearing for George David Salum, III (McPhillips, Julian) (Entered: 06/02/2005) |
| 06/02/2005 | 14 | MOTION for Disclosure of Federal Grand Jury Transcript by State Defendant by George David Salum, III. (kcg, ) (Entered: 06/03/2005) |
| 06/02/2005 | 15 | MOTION to Compel Retention of Governmental Agents' Notes by George David Salum, III. (kcg, ) (Entered: 06/03/2005) |
| 06/02/2005 | 16 | MOTION for Pretrial Conference by George David Salum, III. (kcg, ) (Entered: 06/03/2005) |
| 06/02/2005 | 17 | MOTION for Discovery and Inspection by George David Salum, III. (kcg, ) (Entered: 06/03/2005) |
| 06/03/2005 | 11 | WAIVER of Speedy Trial by George David Salum, III (sql, ) (Entered: 06/03/2005) |
| 06/03/2005 | 12 | Minute Entry for proceedings held before Judge Delores R. Boyd :Arraignment as to George David Salum III (1) Count 1,2 held on 6/3/2005, Plea entered by George David Salum, III Not Guilty on counts 1,2. (Recording Time FTR: 10:30 - 10:47 am.) (sql, ) (Entered: 06/03/2005) |
| 06/03/2005 | 13 | NOTICE of Correction filed in the referenced case this date to correct the PDF document previously filed as Document #10 Entry of Appearance as Counsel on 6/2/05 in which contained no signature. The correct PDF document is attached to this notice for your review. (kcg, ) (Entered: 06/03/2005) |
| 06/03/2005 | 18 | ORDER ON ARRAIGNMENT TO INCLUDE ORDER TO CONTINUE -Ends of Justice as to George David Salum, III. Pretrial Conference set for 7/14/2005 11:00 AM in Courtroom 4A before Honorable Delores R. Boyd. Jury Trial set for 11/7/2005 before Hon. Chief Judge Mark E. Fuller. Pretrial Motions due by 7/9/2005. Response to Motion due by 7/24/2005. Discovery due by 7/10/2005. Signed by Judge Delores R. Boyd on 6/3/05. (kcg, ) (Entered: 06/03/2005) |

**CONT. VOL. 1**

| | | |
|---|---|---|
| 06/03/2005 | 19 | RESPONSE to Motion by USA as to George David Salum, III re 15 MOTION to Compel, 16 MOTION for Pretrial Conference, 17 MOTION for Discovery (Morrow, Dixie) (Entered: 06/03/2005) |
| 06/03/2005 | 20 | RESPONSE to Motion by USA as to George David Salum, III re 14 MOTION for Disclosure *of Federal Grand Jury Transcript* (Morrow, Dixie) (Entered: 06/03/2005) |
| 06/06/2005 | 21 | ORDER denying 14 Motion for Disclosure of Federal Grand Jury Transcript by State Defendant as to George David Salum III (1); denying 15 Motion to Compel Retention of Governmental Agents' Notes as to George David Salum III (1); denying 16 Motion for Pretrial Conference as to George David Salum III (1); denying 17 Motion for Discovery and Inspection as to George David Salum III (1). Signed by Judge Delores R. Boyd on 6/6/05. (kcg, ) (Entered: 06/06/2005) |
| 06/07/2005 | 22 | SUPPLEMENTAL MOTION for Disclosure of Federal Grand Jury Transcript by State Defendant by George David Salum, III. (kcg, ) (Entered: 06/07/2005) |
| 06/13/2005 | 23 | ORDER that the United States SHOW CAUSE no later than June 17, 2005 why defendant's supplemental motion for disclosure of federal grand jury transcript should not be granted as to George David Salum, III. Show Cause Response due by 6/17/2005. Signed by Judge Delores R. Boyd on 6/13/05. (jct, ) (Entered: 06/13/2005) |
| 06/14/2005 | 24 | NOTICE of Correction - ORDER (Doc. # 23) dated June 13, 2005 did not have PDF attached. PDF for June 13, 2005 Order is attached to this Notice of Correction. (jct, ) (Entered: 06/14/2005) |
| 06/17/2005 | 25 | RESPONSE to Motion by USA as to George David Salum, III re 22 MOTION for Disclosure (Morrow, Dixie) (Entered: 06/17/2005) |
| 06/29/2005 | 26 | ORDER denying 22 Motion for Disclosure as to George David Salum III (1). Signed by Judge Delores R. Boyd on 6/29/05. (kcg, ) (Entered: 06/29/2005) |
| 07/07/2005 | 29 | MOTION to Compel Subpoena Responses by George David Salum, III. (kcg, ) (Entered: 07/12/2005) |
| 07/11/2005 | 27 | First MOTION to Dismiss *Of Defendant* by George David Salum, III. (McPhillips, Julian) (Entered: 07/11/2005) |
| 07/11/2005 | 28 | BRIEF/RESPONSE in Support by George David Salum, III re 27 First MOTION to Dismiss *Of Defendant* (McPhillips, Julian) (Entered: 07/11/2005) |
| 07/13/2005 | 30 | MOTION to Quash Subpoena by City of Prattville as to George David Salum, III. (kcg, ) (Entered: 07/13/2005) |
| 07/13/2005 | 31 | MOTION to Continue *Initial Pretrial Conference* by USA as to George David Salum, III. (Morrow, Dixie) (Entered: 07/13/2005) |

**CONT. VOL. 1**

| | | |
|---|---|---|
| 07/13/2005 | 32 | ORDER as to George David Salum, III GRANTING 31 MOTION to Continue *Initial Pretrial Conference* filed by USA. Pretrial Conference is continued from 7/14/2005 to 7/26/2005 03:00 PM in Courtroom 4A before Honorable Delores R. Boyd. It is further ORDERED that the United States file by July 21, 2005, responses to Defendant's Motion to Dismiss (Doc. 27, July 11, 2005) and Moiton to Compel Subpoena Responses (Doc. 29, July 7, 2005), and the parties shall be prepared at the pretrial conference to discuss the same. Signed by Judge Delores R. Boyd on 7/13/05. (kcg, ) (Entered: 07/13/2005) |
| 07/20/2005 | 33 | RESPONSE to Motion by USA as to George David Salum, III re 29 MOTION to Compel (Attachments: # 1 Exhibit 1)(Morrow, Dixie) (Entered: 07/20/2005) |
| 07/22/2005 | 34 | RESPONSE to Motion by USA as to George David Salum, III re 27 First MOTION to Dismiss *Of Defendant* (Morrow, Dixie) (Entered: 07/22/2005) |
| 07/26/2005 | 35 | Minute Entry for proceedings held before Judge Delores R. Boyd :Pretrial Conference as to George David Salum, III held on 7/26/2005 (Recording Time FTR: 3:07 - 3:46.) (ws, ) (Entered: 07/26/2005) |
| 07/27/2005 | 36 | PRETRIAL CONFERENCE ORDER as to George David Salum, III Jury Selection set for 11/7/2005 before Hon. Chief Judge Mark E. Fuller. Jury Trial (which is expected to last 4 days) is set for 11/7/2005 before Hon. Chief Judge Mark E. Fuller. Voir Dire due by 10/31/2005; Proposed Jury Instructions due by 10/31/2005; Motions in Limine due by 10/31/2005; Plea Agreement due by 10/31/2005. Signed by Judge Delores R. Boyd on 7/27/05. (kcg, ) (Entered: 07/27/2005) |
| 07/27/2005 | 37 | At the scheduled pretrial conference the court received additional arguments on Defendant's Motion to Compel Subpoena Responses (Doc.29) and the Government's Response (Doc.33). Following due consideration of all submissions, and for the good cause correctly summarized in the Government's Response, it is ORDERED that the Motion to Compel Subpoena Responses (Doc. 29, July 7, 2005) is DENIED, and it is further ORDERED that the Motion to Quash Subpoena filed by the City of Prattvile (Doc. 30, July 13, 2005) is GRANTED. Signed by Judge Delores R. Boyd on 7/27/05. (kcg, ) (Entered: 07/27/2005) |
| 08/02/2005 | 38 | REPORT AND RECOMMENDATIONS as to George David Salum, III re 27 First MOTION to Dismiss filed by defendant Salum; Objections to R&R due by 8/15/2005. Signed by Judge Delores R. Boyd on 8/2/05. (snc) (Entered: 08/02/2005) |
| 08/15/2005 | 39 | OBJECTION TO REPORT AND RECOMMENDATIONS 38 by George David Salum, III (McPhillips, Julian) (Entered: 08/15/2005) |
| 08/30/2005 | 40 | ORDER as to George David Salum, III., that after an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that: |

| | | |
|---|---|---|
| CONT. VOL. 1. | | (1) The defendant's Objections (Doc. #39) to the Recommendation fo the Magistrate Judge filed on August 15, 2005 are overruled; (2) The Recommendation of the Magistrate Judge (Doc. #38) entered on August 2, 2005 is adopted; (3) The defendant's Motion to Dismiss (Doc. #27) is DENIED . Signed by Judge Mark E. Fuller on 8/30/05. (kcg, ) (Entered: 08/30/2005) |
| 09/22/2005 | 41 | MOTION Government to Produce Pursuant to FRE 404(b) for notice by the Government of its Intention to Rely upon other crimes, wrongs, acts and misconduct evidence and brief in support by George David Salum, III. (McPhillips, Julian) (Entered: 09/22/2005) |
| 09/26/2005 | 42 | ORDER as to George David Salum, III that the United States respond by September 30, 2005 to Defendant's 41 MOTION for Government to Produce Pursuant to FRE 404(b) for notice by the Government of its Intention to Rely upon other crimes, wrongs, acts and misconduct evidence and brief in support filed by George David Salum, III, showing any cause why it should not be granted . Signed by Judge Delores R. Boyd on 9/26/05. (kcg, ) (Entered: 09/26/2005) |
| 09/28/2005 | 43 | RESPONSE to Motion by USA as to George David Salum, III re 41 MOTION Government to Produce Pursuant to FRE 404(b) for notice by the Government of its Intention to Rely upon other crimes, wrongs, acts and misconduct evidence and brief in support (Morrow, Dixie) (Entered: 09/28/2005) |
| 09/29/2005 | 44 | MOTION To Reveal the Deal by George David Salum, III. (McPhillips, Julian) (Entered: 09/29/2005) |
| 09/29/2005 | 45 | MOTION in Limine by USA as to George David Salum, III. (Morrow, Dixie) (Entered: 09/29/2005) |
| 09/30/2005 | 46 | ORDER that upon consideration of the Government's 45 MOTION in Limine filed by USA, it is hereby ORDERED that the defendant Show Cause in writing on or before 10/7/2005 as to why the motion should not be granted. Signed by Judge Mark E. Fuller on 9/30/05. (kcg, ) (Entered: 09/30/2005) |
| 10/04/2005 | 47 | MOTION for Extension of Time to File *Response to the Government's Motion in Limine* by George David Salum, III. (McPhillips, Julian) (Entered: 10/04/2005) |
| 10/04/2005 | 48 | ORDER DENYING AS MOOT 41 Motion Pursuant to F.R.E. 404(B) for Notice by the Government of it's Intention to Rely Upon Other Crimes, Wrongs, Acts and Misconduct Evidence and Brief in Support as to George David Salum III (1). Signed by Judge Delores R. Boyd on 10/4/05. (kcg, ) (Entered: 10/04/2005) |
| 10/04/2005 | 49 | ORDER that as the deadline has lapsed for pre-trial motions to be considered by the Magistrate Judge in this case, it is ORDERED that this 44 Motion to Reveal any Plea Negotiations and/or Private or Public Agreements between the United States and any of it's Witnesses (Motion |

CONT. VOL. 1

| | | |
|---|---|---|
| | | to Reveal the Deal) and a Supporting Brief as to George David Salum III (1) is DENIED AS MOOTED by this court's previous consideration and ruling to the extent that it is directed to the Magistrate Judge, as further set out. Signed by Judge Delores R. Boyd on 10/4/05. (kcg, ) (Entered: 10/04/2005) |
| 10/05/2005 | 50 | ORDER granting 47 Motion for Extension of Time to File Response as to George David Salum III (1). It is hereby ORDERED that the motion is GRANTED to and including October 14, 2005. Signed by Judge Mark E. Fuller on 10/5/05. (kcg, ) (Entered: 10/05/2005) |
| 10/14/2005 | 51 | RESPONSE to Motion by George David Salum, III re 45 MOTION in Limine (Attachments: # 1 Exhibit to Response)(McPhillips, Julian) (Entered: 10/14/2005) |
| 10/21/2005 | 52 | MOTION for Order to Show Cause *AS TO WHY THE PRE-TRIAL PRODUCTION OF JENKS ACT MATERIAL SHOULD NOT BE PRODUCED BY THE FEDERAL GOVERNMENT ONE WEEK BEFORE TRIAL* by George David Salum, III. (Attachments: # 1 # 2)(McPhillips, Julian) (Entered: 10/21/2005) |
| 10/24/2005 | 53 | MOTION in Limine by George David Salum, III. (McPhillips, Julian) (Entered: 10/24/2005) |
| 10/25/2005 | 54 | ORDER that upon consideration of the defendant's Motion in Limine (Doc. #53) filed on October 24, 2005, it is hereby ORDERED that the government SHOW CAUSE in writing on or before 11/2/05 as to why the motion should not be granted. Signed by Judge Mark E. Fuller on 10/25/05. (kcg, ) (Entered: 10/25/2005) |
| 10/25/2005 | 55 | MOTION for Leave to Appear Pro Hac Vice Attorney: Allison H. Highley. by George David Salum, III ($20.00 filing fee paid). (kcg, ) Modified on 10/25/2005 (kcg, ). (Entered: 10/25/2005) |
| 10/26/2005 | 56 | ORDER as to George David Salum, III that for good cause arising from both the court's previous ruling involving this issue (see Doc. 21, June 6, 2005) and the exhibits attached to the Motion, it is ORDERED that Defendant's Motion for an Order to Show Cause as to Why the Pre-trial Production of Jenks Act Material should not be Produced by the Federal Government One Week Before Trial and supporting attachments (Doc. 52, filed October 21, 2005) is DENIED to the extent that it is directed to the undersigned Magistrate Judge. Signed by Judge Delores R. Boyd on 10/26/05. (kcg, ) (Entered: 10/26/2005) |
| 10/27/2005 | 57 | RESPONSE to Motion by USA as to George David Salum, III re 53 MOTION in Limine (Morrow, Dixie) (Entered: 10/27/2005) |
| 10/27/2005 | 58 | ORDER as to George David Salum, III that a Status Conference is set for 11/1/2005 04:00 PM in chambers before Hon. Chief Judge Mark E. Fuller. Signed by Judge Mark E. Fuller on 10/27/05. (kcg, ) (Entered: 10/27/2005) |

**CONT. VOL. 1**

| | | |
|---|---|---|
| 10/27/2005 | | (Court only) ***Motions terminated as to George David Salum, III: 52 MOTION for Order to Show Cause *AS TO WHY THE PRE-TRIAL PRODUCTION OF JENKS ACT MATERIAL SHOULD NOT BE PRODUCED BY THE FEDERAL GOVERNMENT ONE WEEK BEFORE TRIAL* filed by George David Salum, III. (kcg, ) (Entered: 10/29/2005) |
| 10/31/2005 | 59 | MOTION Pro Hac Vice *Supplemented* by George David Salum, III. (McPhillips, Julian) (Entered: 10/31/2005) |
| 10/31/2005 | 60 | Proposed Jury Instructions by George David Salum, III (McPhillips, Julian) (Entered: 10/31/2005) |
| 10/31/2005 | 61 | Proposed Voir Dire by George David Salum, III (McPhillips, Julian) (Entered: 10/31/2005) |
| 10/31/2005 | 62 | Proposed Jury Instructions by USA as to George David Salum, III (Morrow, Dixie) (Entered: 10/31/2005) |
| 10/31/2005 | 63 | Proposed Voir Dire by USA as to George David Salum, III (Morrow, Dixie) (Entered: 10/31/2005) |
| 10/31/2005 | 64 | MOTION TO CONDUCT VOIR DIRE by George David Salum, III. (McPhillips, Julian) (Entered: 10/31/2005) |
| 11/01/2005 | 65 | ORDER granting 55 Motion for Leave to Appear Pro Hac Vice for Attorney Allison Hale Highley for George David Salum, III. as to George David Salum III (1); granting 59 Supplemental Motion to Appear Pro Hac Vice as to George David Salum III (1). Signed by Judge Mark E. Fuller on 11/1/05. (kcg, ) (Entered: 11/01/2005) |
| 11/01/2005 | 66 | RESPONSE to Motion by USA as to George David Salum, III re 41 MOTION Government to Produce Pursuant to FRE 404(b) for notice by the Government of its Intention to Rely upon other crimes, wrongs, acts and misconduct evidence and brief in support (Morrow, Dixie) (Entered: 11/01/2005) |
| 11/01/2005 | 67 | ORDER granting in part and denying in part 64 Motion to Conduct Voir Dire as to George David Salum III (1). The defendant and the government will be allowed to voir dire the jury for 15 minutes following the court voir dire. Signed by Judge Mark E. Fuller on 11/1/05. (kcg, ) (Entered: 11/01/2005) |
| 11/01/2005 | | Minute Entry for proceedings held before Judge Mark E. Fuller :Status Conference as to George David Salum, III held on 11/1/2005 [no pdf attached] (kcg, ) (Entered: 12/13/2005) |
| 11/02/2005 | 68 | ORDER as to George David Salum, III. that the undersigned has carefully considered the 52 MOTION for Order to Show Cause *AS TO WHY THE PRE-TRIAL PRODUCTION OF JENKS ACT MATERIAL SHOULD NOT BE PRODUCED BY THE FEDERAL GOVERNMENT ONE WEEK BEFORE TRIAL* filed by George David Salum, III., as well as the Government's response to that motion and the ruling of the Magistrate |

**END VOL. 1**

BEGIN VOL. 2

| | | |
|---|---|---|
| | | Judge on that motion and other earlier motions seeking early disclosure of Jenks Act material. To the extent that Defendant is seeking any Jenks Act material earlier than one day before the testimony of the witness to whom the material relates, his motion is DENIED. The Government shall provide the Jenks Act material for each witness one day before the witness testifies. Signed by Judge Mark E. Fuller on 11/2/05. (kcg, ) (Entered: 11/02/2005) |
| 11/02/2005 | 69 | MOTION Emergency Motion for Protective "Gag" Order by USA as to George David Salum, III. (Morrow, Dixie) (Entered: 11/02/2005) |
| 11/02/2005 | 70 | ORDER as to George David Salum, III GRANTING 69 MOTION Emergency Motion for Protective "Gag" Order filed by USA and the parties and their counsel are prohibited from commenting to the news media about this case from the date of this Order until further notice from this Court. It is further ORDERED that a Telephone Status Conference is set for 11/3/2005 02:00 PM before Hon. Chief Judge Mark E. Fuller and that counsel for the Government is to arrange the telephone call. Counsel for Defendant is ORDERED to file a written response to the Government's Emergency Motion for Protective "Gag" Order by no later than noon on 11/3/2005 . Signed by Judge Mark E. Fuller on 11/2/05. (kcg, ) (Entered: 11/02/2005) |
| 11/03/2005 | 71 | RESPONSE to Motion by George David Salum, III re 69 MOTION Emergency Motion for Protective "Gag" Order (McPhillips, Julian) (Entered: 11/03/2005) |
| 11/03/2005 | 72 | ORDER denying 53 Motion in Limine as to George David Salum III (1), as further set out. Signed by Judge Mark E. Fuller on 11/3/05. (kcg, ) (Entered: 11/03/2005) |
| 11/03/2005 | 73 | ORDER granting Government's 45 Motion in Limine as to George David Salum III (1), as further set out. Signed by Judge Mark E. Fuller on 11/3/05. (kcg, ) (Entered: 11/03/2005) |
| 11/03/2005 | | Minute Entry for proceedings held before Judge Mark E. Fuller :Status Conference as to George David Salum, III held on 11/3/2005 [no pdf attached] (kcg, ) (Entered: 12/13/2005) |
| 11/04/2005 | 74 | MEMORANDUM OPINION AND ORDER as to George David Salum, III. regarding the Government's Emergency Motion for Protective "Gag" Order (Doc. #69) which was filed on November 2, 2005. By this motion, the Government seeks a protective order prohibiting the parties and their counsel from commenting to the news media about this case until after the jury has reached a verdict. The issues have been briefed by both sides and the Court held a telephone conference with counsel on November 3, 2005 to address the issue. For the reasons stated below, the Court finds that a substantial likelihood exists that continued extrajudicial comments of the type previously made by counsel for both parties could prejudice a fair trial in this case. Based on this concern, the Court will enter a narrowly-tailored order restricting extrajudicial statements by the parties |

**CONT. VOL. 2**

| | | |
|---|---|---|
| | | and all counsel in this case. Accordingly, the Government's Emergency Motion for Protective "Gag" Order (Doc. #69) is GRANTED, as further set out. Signed by Judge Mark E. Fuller on 11/4/05. (kcg, ) (Entered: 11/04/2005) |
| 11/04/2005 | 75 | MOTION Additional Time for Opening Arguments by George David Salum, III. (McPhillips, Julian) (Entered: 11/04/2005) |
| 11/04/2005 | 76 | MOTION not to quash subpoena by George David Salum, III. (Attachments: # 1 Exhibit to Response to Motion to Quash Subpoena)(McPhillips, Julian) (Entered: 11/04/2005) |
| 11/04/2005 | 77 | *SEALED* MOTION to Quash Subpoena, MOTION to Seal and to Conduct any Hearing on Motion to Quash In Camera by Stephen R. Glassroth as to George David Salum, III. (kcg, ) (Entered: 11/04/2005) |
| 11/04/2005 | 78 | STAMPED ORDER denying 75 Motion for Additional Time for Opening Arguments as to George David Salum III (1). Signed by Judge Mark E. Fuller on 11/4/05. (kcg, ) (Entered: 11/04/2005) |
| 11/04/2005 | 79 | ORDER as to George David Salum, III that upon consideration of the Motion to Quash Subpoena, Motion to Seal and to Conduct any Hearing on Motion to Quash in Camera (Doc. #77) filed on November 4, 2005, it is ORDERED that a hearing will be held on the motion on Monday, 11/7/2005 09:00 AM in Courtroom 2A before Hon. Chief Judge Mark E. Fuller. Signed by Judge Mark E. Fuller on 11/4/05. (kcg, ) (Entered: 11/04/2005) |
| 11/04/2005 | 80 | MOTION to Quash Subpoena by Roianne Houlton Conner as to George David Salum, III. (Attachments: # 1)(kcg, ) (Entered: 11/04/2005) |
| 11/07/2005 | 87 | *SEALED* SEALED DOCUMENT Minutes of In Camera Motion to Quash Subpoena (Doc. #77) as to George David Salum, III (kcg, ) (Entered: 11/13/2005) |
| 11/07/2005 | 88 | Minute Entry for proceedings held before Judge Mark E. Fuller :Motion Hearing as to George David Salum, III held on 11/7/2005 re 80 MOTION to Quash filed by Roianne Houlton Conner, (Court Reporter James R. Dickens.) (kcg, ) (Entered: 11/13/2005) |
| 11/07/2005 | | (Court only) ***Motions terminated as to George David Salum, III: DENYING 80 MOTION to Quash filed by Roianne Houlton Conner per Oral Order during motion hearing. (kcg, ) (Entered: 11/13/2005) |
| 11/07/2005 | | Voir Dire begun on 11/7/2005 before Judge Mark E. Fuller as to George David Salum III (1) on Count 1,2 (Court Reporter James R. Dickens.) (kcg, ) (Entered: 11/13/2005) |
| 11/07/2005 | 89 | Minute Entry for proceedings held before Judge Mark E. Fuller :Jury Selection as to George David Salum, III held on 11/7/2005 (Court Reporter James R. Dickens.) (kcg, ) (Entered: 11/13/2005) |

CONT. VOL. 2.

| 11/07/2005 | | (Court only) ***Motions terminated as to George David Salum, III: <u>76</u> MOTION not to quash subpoena filed by George David Salum, III. Court ORALLY DENIED Motion to Quash (Doc. #80) on 11/7/05. (kcg, ) (Entered: 11/30/2005) |
|---|---|---|
| 11/08/2005 | <u>81</u> | *SEALED* ORDER granting <u>77</u> Motion to Quash as to George David Salum III (1); granting <u>77</u> Sealed Motion as to George David Salum III (1), as further set out. Signed by Judge Mark E. Fuller on 11/8/05. (kcg, ) (Entered: 11/08/2005) |
| 11/08/2005 | | ORAL MOTION for a Mistrial regarding Jencks Act Material by George David Salum, III. (kcg, ) (Entered: 11/13/2005) |
| 11/08/2005 | | ORAL ORDER as to George David Salum, III DENYING ORAL MOTION Mistrial regarding Jencks Act Material filed by George David Salum, III. . Signed by Judge Mark E. Fuller on 11/8/05. (kcg, ) (Entered: 11/13/2005) |
| 11/08/2005 | | ORAL MOTION for a Mistrial regarding Government's exhibit #1 being admitted into evidence by George David Salum, III. (kcg, ) (Entered: 11/13/2005) |
| 11/08/2005 | | ORAL ORDER as to George David Salum, III, DENYING ORAL MOTION for a Mistrial regarding Government's exhibit #1 being admitted into evidence filed by George David Salum, III. . Signed by Judge Mark E. Fuller on 11/8/05. (kcg, ) (Entered: 11/13/2005) |
| 11/08/2005 | | ORAL MOTION for a Mistrial during the testimony of witness White by George David Salum, III. (kcg, ) (Entered: 11/13/2005) |
| 11/08/2005 | | ORAL ORDER as to George David Salum, III, DENYING ORAL MOTION for a Mistrial during the testimony of witness White filed by George David Salum, III. . Signed by Judge Mark E. Fuller on 11/8/05. (kcg, ) (Entered: 11/13/2005) |
| 11/09/2005 | <u>82</u> | MOTION Enforce Subpoena by George David Salum, III. (Attachments: # <u>1</u> Affidavit of Kaylon Jenkins)(McPhillips, Julian) (Entered: 11/09/2005) |
| 11/09/2005 | <u>83</u> | MOTION for Directed Verdict by George David Salum, III. (McPhillips, Julian) (Entered: 11/09/2005) |
| 11/09/2005 | <u>84</u> | MOTION to Amend/Correct <u>82</u> MOTION Enforce Subpoena filed by George David Salum, III by George David Salum, III. (Attachments: # <u>1</u> Affidavit of Kaylon Jenkins)(McPhillips, Julian) (Entered: 11/09/2005) |
| 11/09/2005 | | ORAL MOTION for a Mistrial at side bar during the testimony of witness Kallman by George David Salum, III. (kcg, ) (Entered: 11/13/2005) |
| 11/09/2005 | | ORAL ORDER as to George David Salum, III,DENYING ORAL MOTION for a Mistrial at side bar during the testimony of witness Kallman filed by George David Salum, III. . Signed by Judge Mark E. Fuller on 11/9/05. (kcg, ) (Entered: 11/13/2005) |

| 11/09/2005 |  | ORAL MOTION for a Directed Verdict by George David Salum, III. (kcg, ) (Entered: 11/13/2005) |
|---|---|---|
| 11/09/2005 |  | ORAL ORDER as to George David Salum, III DENYING ORAL MOTION for a Directed Verdict filed by George David Salum, III, DENYING 83 MOTION for Directed Verdict filed by George David Salum, III. . Signed by Judge Mark E. Fuller on 11/9/05. (kcg, ) (Entered: 11/13/2005) |
| 11/09/2005 | 94 | MOTION for Judicial Notice of Stipulated Fact by USA as to George David Salum, III. (kcg, ) (Entered: 11/14/2005) |
| 11/09/2005 |  | ORAL ORDER as to George David Salum, III., GRANTING 94 MOTION for Judicial Notice of Stipulated Fact filed by USA. Signed by Judge Mark E. Fuller on 11/9/05. (kcg, ) (Entered: 11/14/2005) |
| 11/10/2005 | 85 | Proposed Jury Instructions by USA as to George David Salum, III (Morrow, Dixie) (Entered: 11/10/2005) |
| 11/10/2005 | 86 | Proposed Jury Instructions by USA as to George David Salum, III (Morrow, Dixie) (Entered: 11/10/2005) |
| 11/10/2005 | 90 | Minute Entry for proceedings held before Judge Mark E. Fuller :Jury Trial as to George David Salum, III held on 11/8/2005 - 11/10/2005 (Court Reporter James R. Dickens.) (Attachments: # 1 Court Exhibit List # 2 Gov't Exhibit List # 3 Dft # Exhibit List (4))Witness List [exhibits maintained in one separate box](kcg, ) (Entered: 11/13/2005) |
| 11/10/2005 |  | ORAL MOTION for a Mistrial at side bar during the testimony of defendant by George David Salum, III. (kcg, ) (Entered: 11/13/2005) |
| 11/10/2005 |  | ORAL ORDER as to George David Salum, III,DENYING ORAL MOTION for a Mistrial at side bar during testimony of defendant filed by George David Salum, III. . Signed by Judge Mark E. Fuller on 11/10/05. (kcg, ) (Entered: 11/13/2005) |
| 11/10/2005 |  | ORAL ORDER as to George David Salum, III, DENYING AS MOOT 82 MOTION Enforce Subpoena filed by George David Salum, III, DENYING AS MOOT 84 MOTION to Amend/Correct 82 MOTION Enforce Subpoena filed by George David Salum III filed by George David Salum, III . Signed by Judge Mark E. Fuller on 11/10/05. (kcg, ) (Entered: 11/13/2005) |
| 11/10/2005 |  | RENEWED ORAL MOTION for a Directed Verdict as previously argued by George David Salum, III. (kcg, ) (Entered: 11/13/2005) |
| 11/10/2005 |  | ORAL ORDER as to George David Salum, III, DENYING for same grounds as previously stated ORAL MOTION for Directed Verdict as previously argued filed by George David Salum, III. . Signed by Judge Mark E. Fuller on 11/10/05. (kcg, ) (Entered: 11/13/2005) |
| 11/10/2005 |  | ORAL MOTION for a Directed Verdict at close of Government's rebuttal testimony as previously set forth by George David Salum, III. (kcg, ) |

**CONT. VOL. 2**

| | | |
|---|---|---|
| | | (Entered: 11/13/2005) |
| 11/10/2005 | ● | ORAL ORDER as to George David Salum, III, DENYING ORAL MOTION for a Directed Verdict at close of Government's rebuttal testimony as previously set forth filed by George David Salum, III. . Signed by Judge Mark E. Fuller on 11/10/05. (kcg, ) (Entered: 11/13/2005) |
| 11/10/2005 | ● | ORAL MOTION for a Mistrial during the juries deliberations regarding their question #2 by George David Salum, III. (kcg, ) (Entered: 11/13/2005) |
| 11/10/2005 | ● | ORAL ORDER as to George David Salum, III, DENYING ORAL MOTION for a Mistrial during the juries deliberations regarding their question #2 filed by George David Salum, III. . Signed by Judge Mark E. Fuller on 11/10/05. (kcg, ) (Entered: 11/13/2005) |
| 11/10/2005 | ●91 | Court's Jury Charge as to George David Salum, III (Attachments: # 1)(kcg, ) (Entered: 11/13/2005) |
| 11/10/2005 | ●92 | JURY VERDICT as to George David Salum III (1) Guilty on Counts 1 and 2. (kcg, ) (Entered: 11/13/2005) |
| 11/10/2005 | ●93 | ORDER as to George David Salum, III., that the Court finds after considering all available evidence that the defendant is not likely to flee or pose a danger to the safety of any other person or the community if released pending sentencing. It is ORDERED that the defendant be released and continued under the same conditions imposed by the U.S. Magistrate Judge on 5/26/05 . Signed by Judge Mark E. Fuller on 11/10/05. (kcg, ) (Entered: 11/13/2005) |
| 11/16/2005 | ●101 | ORDER as to George David Salum, III., that the petit jury selected for the trial of the above-captioned case, during its consideration of said case, by oral direction of the court, was to be fed Wednesday, November 9, 2005, and Thursday, November 10, 2005. The Clerk for the Middle District of Alabama is hereby directed pursuant to the provisions of Title 28, U.S.C., 1871 to disburse the sum so billed for these meals . Signed by Judge Mark E. Fuller on 11/16/05. (kcg, ) (Entered: 11/29/2005) |
| 11/17/2005 | ●95 | *SEALED* MOTION for Acquittal *or For New Trial* by George David Salum, III. (McPhillips, Julian) Modified on 11/22/2005 (ws, ). (Entered: 11/17/2005) |
| 11/22/2005 | ●96 | MOTION to Seal *Defendant's Motion for Acquittal or For New Trial* by USA as to George David Salum, III. (Morrow, Dixie) (Entered: 11/22/2005) |
| 11/22/2005 | ●97 | ORDER granting 96 Motion to Seal 95 Motion for Acquittal or for New Trial as to George David Salum III (1) Directing the Clerk to place motion UNDER SEAL. Signed by Judge Mark E. Fuller on 11/22/05. (ws) (Entered: 11/22/2005) |

CONT. VOL. 2

| | | |
|---|---|---|
| 11/28/2005 | 98 | Amended MOTION for Acquittal by George David Salum, III. (McPhillips, Julian) (Entered: 11/28/2005) |
| 11/28/2005 | 99 | MOTION to Seal Government's Response to Defendant's Motion for Acquittal or for New Trial by USA as to George David Salum, III. (kcg, ) (Entered: 11/28/2005) |
| 11/28/2005 | 100 | *SEALED* Government's Response to Defendant's Motion for Acquittal or for a New Trial as to George David Salum, III. (kcg, ) (Entered: 11/28/2005) |
| 11/30/2005 | 102 | ORDER as to George David Salum, III Sentencing is set for 2/6/2006 09:00 AM in Courtroom 2A before Hon. Chief Judge Mark E. Fuller, as further set out. Signed by Judge Mark E. Fuller on 11/30/05. (kcg, ) (Entered: 11/30/2005) |
| 12/01/2005 | 103 | ORDER granting 99 Motion to Seal Government's Response to Defendant's Motion for Acquittal or for New Trial filed November 28, 2005, as to George David Salum III (1). Signed by Judge Mark E. Fuller on 12/1/05. (kcg, ) (Entered: 12/01/2005) |
| 12/06/2005 | 104 | ORDER denying 95 Motion for Acquittal as to George David Salum III (1); denying 98 Motion for Acquittal as to George David Salum III (1), as further set out. Signed by Judge Mark E. Fuller on 12/6/05. (kcg, ) (Entered: 12/06/2005) |
| 12/12/2005 | 105 | ORDER as to George David Salum, III Sentencing set for 2/6/2006 is continued to 2/7/2006 09:00 AM in Courtroom 2A before Hon. Chief Judge Mark E. Fuller. Signed by Judge Mark E. Fuller on 12/12/05. (kcg, ) (Entered: 12/12/2005) |
| 01/30/2006 | 106 | MOTION to Withdraw as Attorney by Julian McPhillips and Allison Highley. by George David Salum, III. (McPhillips, Julian) (Entered: 01/30/2006) |
| 01/30/2006 | 107 | ORDER that upon consideration of the defendant's Motion for Withdrawal of Counsel, Appointment of Public Defender, and Continuance of Sentencing Date (Doc. #106) filed on January 30, 2006, it is hereby ORDERED that the government show cause in writing on or before 2/1/2006 as to why the motion should not be granted. Signed by Judge Mark E. Fuller on 1/30/06. (kcg, ) (Entered: 01/30/2006) |
| 01/30/2006 | 108 | RESPONSE to Motion by USA as to George David Salum, III re 106 MOTION to Withdraw as Attorney by Julian McPhillips and Allison Highley. (Morrow, Dixie) (Entered: 01/30/2006) |
| 01/30/2006 | | TRANSCRIPT of Excerpt of Testimony of George David Salum, III. during Jury Trial held on November 8, 2005 before Judge Mark E. Fuller. Court Reporter: James R. Dickens. (kcg, ) (Entered: 02/06/2006) |
| 02/01/2006 | 109 | ORDER as to George David Salum, III, that upon consideration of defendant's 106 MOTION to Withdraw as Attorney, Appointment of |

VOLUME 3

https://ecf.almd.circ11.dcn/cgi-bin/DktRpt.pl?605996763890812-L...

CONT. VOL. 2.

| | | |
|---|---|---|
| | | Public Defender, and Continuance of Sentencing Date filed by George David Salum, III, and the response of the government (Doc. #108) filed on January 30, 2006, it is hereby ORDERED that the motion is GRANTED in part. The sentencing hearing set for February 7, 2006 is continued generally. It is further ORDERED that the portions of the motion relating to withdrawal of counsel and appointment of public defender are set for hearing on 2/7/2006 03:00 PM in Courtroom 2A before Hon. Chief Judge Mark E. Fuller. Counsel for the United States may participate in this hearing via telephone if arrangements are made with the courtroom deputy. All counsel of record for the defendant, Julian McPhillips, Allison Highley, and Mickey McDermott, shall appear at the hearing along with Mr. Salum. The Clerk of Court is directed to provide a copy of this order to the Federal Defender Office and U.S. Probation and the Court requests their presence at said hearing. Signed by Judge Mark E. Fuller on 2/1/06. (kcg, ) (Entered: 02/01/2006) |
| 02/02/2006 | 110 | MOTION to Clarify Motion to Excuse Counsel by George David Salum, III. (kcg, ) (Entered: 02/02/2006) |
| 02/03/2006 | 111 | ORDER granting 110 Motion to Clarify and Motion to Excuse Counsel as to George David Salum III (1) filed by Mickey J.G. McDermott. It is further ORDERED that McDermott is excused from attendance at the hearing on February 7, 2006. Furthermore, the motion is CONSTRUED as a motion for leave to withdraw and that motion is GRANTED. Signed by Judge Mark E. Fuller on 2/3/06. (kcg, ) (Entered: 02/03/2006) |
| 02/03/2006 | | Attorney update in case as to George David Salum, III. Attorney Mickey J. G. McDermott terminated. (kcg, ) (Entered: 02/07/2006) |
| 02/07/2006 | 112 | CJA 23 Financial Affidavit by George David Salum, III., with attachments (kcg, ) (Entered: 02/07/2006) |
| 02/07/2006 | 113 | Minute Entry for proceedings held before Judge Mark E. Fuller :Motion Hearing as to George David Salum, III held on 2/7/2006 re 106 MOTION to Withdraw as Attorney by Julian McPhillips and Allison Highley. filed by George David Salum, III (Court Reporter James R. Dickens.) (kcg, ) (Entered: 02/12/2006) |
| 02/07/2006 | | ORAL ORDER as to George David Salum, III, that the Court finds that the defendant does qualify for the appointment of a Federal Defender/CJA Panel Attorney, and will GRANT defendant's Motion to Withdraw as Counsel and for Appointment of Counsel . Signed by Judge Mark E. Fuller on 2/7/06. (kcg, ) (Entered: 02/12/2006) |
| 02/07/2006 | | Attorney update in case as to George David Salum, III. Attorney Allison Hale Highley and Julian Lenwood McPhillips, Jr terminated. (kcg, ) (Entered: 02/28/2006) |
| 02/20/2006 | 114 | NOTICE OF ATTORNEY APPEARANCE: Christine A. Freeman appearing for George David Salum, III *and Notice of Conflict* (Freeman, Christine) (Entered: 02/20/2006) |

**CONT. VOL. 2**

| | | |
|---|---|---|
| 02/20/2006 | 115 | MOTION to Substitute Attorney *and for permission to withdraw* by George David Salum, III. (Freeman, Christine) (Entered: 02/20/2006) |
| 02/28/2006 | 116 | ORDER as to George David Salum, III, GRANTING 115 MOTION to Substitute Attorney *and for permission to withdraw* filed by George David Salum, III. Sentencing is set for 6/19/2006 09:00 AM in Courtroom 2A before Hon. Chief Judge Mark E. Fuller. Signed by Judge Mark E. Fuller on 2/28/06. (kcg, ) (Entered: 02/28/2006) |
| 02/28/2006 | | Attorney update in case as to George David Salum, III. Attorney Christine A. Freeman terminated. (kcg, ) (Entered: 02/28/2006) |
| 03/13/2006 | 117 | MOTION for Leave to Appear Pro Hac Vice Attorney: Donald M. Sheehan. by George David Salum, III. (Attachments: # 1 # 2)(Sheehan, Donald) (Entered: 03/13/2006) |
| 03/13/2006 | 118 | NOTICE OF ATTORNEY APPEARANCE: Donald M. Sheehan appearing for George David Salum, III (Sheehan, Donald) (Entered: 03/13/2006) |
| 03/15/2006 | 119 | ORDER granting 117 Motion for Leave to Appear Pro Hac Vice for Attorney Donald M. Sheehan for George David Salum, III. Signed by Judge Mark E. Fuller on 3/15/06. (kcg, ) (Entered: 03/15/2006) |
| 04/11/2006 | 120 | CJA 20 as to George David Salum, III: Appointment of Attorney Donald M. Sheehan for George David Salum, III. . Signed by Judge Mark E. Fuller on 4/11/06. (kcg, ) (Entered: 04/11/2006) |
| 04/18/2006 | 121 | TRANSCRIPT REQUEST by George David Salum, III for proceedings held on Jury Trial before Judge Fuller. (Sheehan, Donald) (Entered: 04/18/2006) |
| 06/07/2006 | 122 | ORDER as to George David Salum, III: Sentencing reset from 6/19/06 to 8/17/2006 09:00 AM in Courtroom 2A before Hon. Chief Judge Mark E. Fuller. Signed by Judge Mark E. Fuller on 6/7/06. (jct, ) (Entered: 06/07/2006) |
| 07/12/2006 | 123 | ORDER as to George David Salum, III that upon consideration of the Motion to Transcribe Jury Trial (Doc. #121) filed on April 18, 2006, it is hereby ORDERED that the motion is GRANTED . Signed by Judge Mark E. Fuller on 7/12/06. (kcg, ) (Entered: 07/12/2006) |
| 07/13/2006 | 124 | ORDER as to George David Salum, III that the sentencing hearng set for 8/17/2006 is continued to 11/30/2006 09:00 AM in Courtroom 2A before Hon. Chief Judge Mark E. Fuller. Signed by Judge Mark E. Fuller on 7/13/06. (kcg, ) (Entered: 07/13/2006) |
| 08/02/2006 | 125 | VOLUME 4<br>TRANSCRIPT of Trial Proceedings (PDF available for court use only) as to George David Salum, III held on 11/8/05 before Judge Mark E. Fuller. Court Reporter: James Dickens. (ws, ) (Entered: 08/02/2006) |
| 08/02/2006 | 126 | VOLUME 5<br>TRANSCRIPT of Trial Proceedings (PDF available for court use only) as to George David Salum, III held on 11/9/05 before Judge Mark E. Fuller. |

| | | |
|---|---|---|
| | | Court Reporter: James Dickens. (ws, ) Modified on 8/2/2006 (ws, ). (Entered: 08/02/2006) |
| 08/02/2006 | 127 | TRANSCRIPT of Trial Proceedings VOLUME 6 (PDF available for court use only) as to George David Salum, III held on 11/10/05 before Judge Mark E. Fuller. Court Reporter: James Dickens. (ws, ) (Entered: 08/02/2006) |
| 08/04/2006 | | NOTICE of CJA 24 Voucher as to George David Salum, III issued to attorney Sheehan for trial transcripts of 11/8/05-11/10/05 jury trial. (kcg, ) (Entered: 08/04/2006) |
| 09/05/2006 | 128 | CJA 24 as to George David Salum, III: Authorization to Pay James Dickens $ 1,950.30 for Transcript, Voucher # 060818000001. Signed by Judge Mark E. Fuller on 8/15/06. (ws ) (Entered: 09/05/2006) |
| 11/16/2006 | 129 | SENTENCING MEMORANDUM by George David Salum, III (Attachments: # 1 # 2 # 3)(Sheehan, Donald) (Entered: 11/16/2006) |
| 11/22/2006 | 130 | ORDER as to George David Salum, III that the Sentencing set for 11/30/2006 is continued to 2/15/2007 09:00 AM in Courtroom 2A before Hon. Chief Judge Mark E. Fuller. Signed by Judge Mark E. Fuller on 11/22/06. (kcg, ) (Entered: 11/22/2006) |
| 12/04/2006 | | Case as to George David Salum, III Reassigned to Judge Susan Russ Walker. Judge Delores R. Boyd no longer assigned to the case. (jct, ) (Entered: 12/04/2006) |
| 12/12/2006 | 131 | ORDER as to George David Salum, III Sentencing set for 2/15/2007 is rescheduled for 2/14/2007 09:00 AM in Courtroom 2A before Hon. Chief Judge Mark E. Fuller. Signed by Judge Mark E. Fuller on 12/12/06. (kcg, ) (Entered: 12/12/2006) |
| 02/14/2007 | 132 | ORDER as to George David Salum, III Sentencing set for 2/14/2007 is continued to 2/23/2007 10:00 AM in Courtroom 2A before Hon. Chief Judge Mark E. Fuller. Signed by Judge Mark E. Fuller on 2/14/07. (kcg, ) (Entered: 02/14/2007) |
| 02/23/2007 | 133 | Minute Entry for proceedings held before Judge Mark E. Fuller :Sentencing held on 2/23/2007 as to George David Salum, III. (Court Reporter Risa L. Entrekin.) (Attachments: # 1 Gov't Exhibit List # 2 Courts Exhibit List # 3 Witness List) [Government's exhibits maintained w/file in separate binder; Courts exhibits maintained UNDER SEAL in separate binder].(kcg, ) (Entered: 02/23/2007) |
| 02/23/2007 | | ORAL MOTION to Seal defendant's letters in support and medical records by George David Salum, III. (kcg, ) (Entered: 02/23/2007) |
| 02/23/2007 | | ORAL ORDER as to George David Salum, III GRANTING ORAL MOTION to Seal letters in support and medical records filed by George David Salum, III. Court marks documents as Courts Exhibit 1. Signed by Judge Mark E. Fuller on 2/23/07. (kcg, ) (Entered: 02/23/2007) |

CONT. VOL. 2.

| | | |
|---|---|---|
| 02/23/2007 | | ORAL ORDER as to George David Salum, III. DENYING defendant's Motion for Downward Departure Pursuant to 5K2.20 . Signed by Judge Mark E. Fuller on 2/23/07. (kcg, ) (Entered: 02/23/2007) |
| 02/23/2007 | | ORAL MOTION for Reconsideration of the Court remanding defendant into the custody of the U.S. Marshals service today by George David Salum, III. (kcg, ) (Entered: 02/23/2007) |
| 02/23/2007 | | ORAL ORDER as to George David Salum, III DENYING ORAL MOTION for Reconsideration of the Court for remanding George David Salum, III. into the custody of the U.S. Marshals Service today . Signed by Judge Mark E. Fuller on 2/23/07. (kcg, ) (Entered: 02/23/2007) |
| 02/23/2007 | 134 | JUDGMENT as to George David Salum, III (1), Count(s) 1, 2, 30 Mos Imp w/each Ct to run CC; 2 Yrs Sup Rel w/each Ct to run CC; $200 SA . Signed by Judge Mark E. Fuller on 2/23/07. (kcg, ) (Entered: 02/23/2007) |
| 02/23/2007 | | (Court only) ***Case Terminated as to George David Salum, III (kcg, ) (Entered: 02/23/2007) |
| 02/26/2007 | 135 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to George David Salum, III (snc) (Entered: 02/26/2007) |
| 02/28/2007 | 136 | NOTICE OF APPEAL by George David Salum, III re 134 Judgment (Sheehan, Donald) Additional attachment(s) added on 3/1/2007 (ydw, ). (Entered: 02/28/2007) |
| 02/28/2007 | 137 | MOTION for Leave to Appeal In Forma Pauperis by George David Salum, III. (Sheehan, Donald) (Entered: 02/28/2007) |
| 03/02/2007 | 138 | NOTICE of Correction re 136 Notice of Appeal - Final Judgment (Attachments: # 1 Corrected Notice of Appeal #136)(ydw, ) (Entered: 03/02/2007) |
| 03/02/2007 | | Transmission of Notice of Appeal and Certified copy of Docket Sheet and Judgment as to George David Salum, III to US Court of Appeals re 136 Notice of Appeal - Final Judgment (ydw, ) (Entered: 03/02/2007) |
| 03/02/2007 | 139 | ORDER granting 137 Motion for Leave to Appeal In Forma Pauperis as to George David Salum III (1). Signed by Judge Mark E. Fuller on 03/02/07. (ydw, ) (Entered: 03/02/2007) |
| 03/12/2007 | | USCA Case Number as to George David Salum, III 07-10944-C for 136 Notice of Appeal - Final Judgment filed by George David Salum, III. (ydw, ) (Entered: 03/12/2007) |
| 03/21/2007 SEALED | 140 | CJA 20 as to George David Salum, III: Authorization to Pay Donald Sheehan. Amount: $ 6,193.36, Voucher # 070313000112. . Signed by Judge Mark E. Fuller on 3/14/07. (ws, ) (Entered: 03/21/2007) |
| 04/02/2007 | 141 | RECIVED TRANSCRIPT REQUEST re 136 Notice of Appeal - Final Judgment from Donald M. Sheehan counsel for George David Salum, III, with following notation: Pretrial cnf. proceedings held on 7/26/05, before |

**CONT. VOL. 2.**

| | | |
|---|---|---|
| | | Mag. Judge Boyd, Status conf. held (Not Recorded) 11/1/05, Status cnf. held (Not Recorded) 11/3/05, Jury selection held 11/7/05, Closing Arguments 11/08-10/05 before Judge Mark E. Fuller, James Dickens C/R and Sentencing held 2/23/07, Judge Mark Fuller, Risa Entrekin, C/R. Copy to JD and RE, Court Reporter. (ydw, ) Modified on 4/11/2007 to reflect that Status cnf. held 11/1/05 and 11/3/05 was not recorded. (ydw, ) (Entered: 04/03/2007) |
| 04/19/2007 | | CJA 24 Voucher for payment of transcripts(11/7/05 Jury Selection,Trial 11/8-10/-5, 7/26/05 Pretrial Cnf., and 2/23/07 Sentencing) as to George David Salum, III re 136 Notice of Appeal - Final Judgment, mailed to Donald M. Sheeham. (ydw, ) (Entered: 04/19/2007) |
| 04/20/2007 | 142 | Judgment Returned Executed as to George David Salum, III on 4/13/07 and filed with the Court on 4/20/07. (kcg, ) (Entered: 04/24/2007) |
| 05/03/2007 | 143 | **VOLUME 7** TRANSCRIPT re 136 Notice of Appeal - Final Judgment of Pretrial Conference(PDF available for court use only) filed as to George David Salum, III for dates of 7/26/05 before Judge Delores R. Boyd, Court Reporter: Risa Entrekin. (ydw, ) (Entered: 05/03/2007) |
| 05/03/2007 | 144 | **VOLUME 8** TRANSCRIPT re 136 Notice of Appeal - Final Judgment OF Sentencing Hearing (PDF available for court use only) filed as to George David Salum, III for dates of 2/23/07 before Judge Mark E. Fuller, Court Reporter: Risa Entrekin. (ydw, ) (Entered: 05/03/2007) |
| 05/09/2007 | 145 | **VOLUME 9** TRANSCRIPT of MOTION TO QUASH HEARING (PDF available for court use only) as to George David Salum, III held on November 7, 2005 before Judge Mark E. Fuller. Court Reporter: James Dickens. (snc) (Entered: 05/09/2007) |
| 05/09/2007 | 146 | **VOLUME 10** TRANSCRIPT of CLOSING ARGUMENT (PDF available for court use only) as to George David Salum, III held on November 8, 2005 before Judge Mark E. Fuller. Court Reporter: James Dickens. (snc) (Entered: 05/09/2007) |
| 05/10/2007 | 147 | CJA 24 as to George David Salum, III: Authorization to Pay James R. Dickens $ $231.00 for 11/7/05 Jury selection, and 11/8-10/05 Trial/closing arguments Transcript . Signed by Judge Mark E. Fuller on 5/9/07. (ydw, ) (Entered: 05/10/2007) |
| 05/10/2007 | 148 | CJA 24 as to George David Salum, III: Authorization to Pay Risa Entrekin $ $537.90 for 7/26/05 Pretrial cnf., and Sentencing Transcripts, . Signed by Judge Mark E. Fuller on 5/9/07. (ydw, ) (Entered: 05/10/2007) |
| 07/30/2007 | 149 | **VOLUME 11** TRANSCRIPT re 136 Notice of Appeal - Final Judgment of Opening Statements By Ms. Dixie Morrow (PDF available for court use only) filed as to George David Salum, III for dates of 11/08/05 before Judge Mark E. Fuller, Court Reporter: James Dickens. (ydw, ) (Entered: 07/31/2007) |

**END VOL. 2.**