

| | | |
|---|---|---|
| Mary Marshall/CA11/11/USCOURTS | To | Yolanda Williams/ALMD/11/USCOURTS@USCOURTS |
| 08/17/2007 01:55 PM | cc | Donna Norfleet/ALMD/11/USCOURTS@USCOURTS, Eleanor Dixon/CA11/11/USCOURTS@USCOURTS |
| | bcc | |
| | Subject | 07-10944-CC (DC: 2:05-00137 CR F N) |

CA11# 07-10944-CC
USA v. George David Salum, III
MAL: 2:05-00137 CR F N
----------------------------------------

ROA/COR request

Thanks