# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT

CLERK

TELEPHONE
(334) 954-3610

**September 4, 2007**

Mr. THOMAS K. KAHN, CLERK        USDCA NO <u>CR-05-F-137-N</u>
UNITED STATES COURT OF APPEALS, ELEVENTH CIRCUIT
56 FORSYTH STREET, NW            USCA NO <u>07-10944-CC</u>
ATLANTA, GA  30303
              USA VS. GEORGE DAVID SALUM, III

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.
___Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]
_First Notice of Appeal:_Yes,___ No   Date(s) of Other Notice_____
Was there a hearing from which a transcript could be made:
_Yes, The Court Reporter(s) is/are
__No                Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
___IFP_; and/or APPEALABILITY/CPC is pending in this Court.
Court Appointed Counsel/CJA; ___Yes; ___No; Copy of Order Enclosed:
__The Appellate docket fee has been paid;__Yes,__No:___Date, Receipt#_____
___Appellant has been ___GRANTED;___
_DENIED IFP, Copy of Order enclosed.
__Appellant has been __GRANTED;__DENIED CPC/APPEALABILITY, Copy of Order enclosed.
___Appeal Bond, ___ Supersedeas Bond
X_ The District Judge or Magistrate Judge appealed from is Hon: MARK E. FULLER
___This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
___This is a DEATH PENALTY a_____
___ Certified record on appeal consisting of:
        _2_ Volume(s) of Pleadings,_9_ Volume(s) of Transcripts,
        _X_ SEALED ITEMS, ie. _1_ PSI(s)____; OTHER____; TAPE(s)____
        _X_ Exhibits:
        ___Volume (s) of Original Papers

cc:                Sincerely,

                   DEBRA P. HACKETT, CLERK

                   By: Yolanda Williams
                       Deputy Clerk