# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### OFFICE OF THE CLERK
### POST OFFICE BOX 711
### MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE
(334) 954-3610

*[Stamp: U.S. COURT OF APPEALS RECEIVED CLERK SEP 05 2007 ATLANTA, GA]*

*[Stamp: RECEIVED 2007 SEP 11 A 9:39 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT]*

September 4, 2007

Mr. THOMAS K. KAHN, CLERK
UNITED STATES COURT OF APPEALS, ELEVENTH CIRCUIT
56 FORSYTH STREET, NW
ATLANTA, GA  30303

USDCA NO CR-05-F-137-N
USCA NO 07-10944-CC

USA VS. GEORGE DAVID SALUM, III

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

___Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]
___First Notice of Appeal:___Yes,___ No   Date(s) of Other Notice_____
Was there a hearing from which a transcript could be made:
___Yes, The Court Reporter(s) is/are
___No                            Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
___IFP___; and/or APPEALABILITY/CPC is pending in this Court.
Court Appointed Counsel/CJA; ___Yes; ___No;  Copy of Order Enclosed:
___The Appellate docket fee has been paid;___Yes,___No:___Date, Receipt#_____
___Appellant has been ___GRANTED;___
___DENIED IFP, Copy of Order enclosed.
___Appellant has been ___GRANTED;___DENIED CPC/APPEALABILITY, Copy of Order enclosed.
___Appeal Bond, ___ Supersedeas Bond
_X_ The District Judge or Magistrate Judge appealed from is Hon: MARK E. FULLER
___This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
___This is a DEATH PENALTY a_____
___ Certified record on appeal consisting of:
          _2_ Volume(s) of Pleadings,_9_ Volume(s) of Transcripts,
          _X_ SEALED ITEMS, ie. _1_ PSI(s)____; OTHER____; TAPE(s)____
          _X_ Exhibits:
          ___Volume (s) of Original Papers

cc:                              Sincerely,

                                 DEBRA P. HACKETT, CLERK

                                 By: Yolanda Williams
                                        Deputy Clerk